UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN ALUMNI RESEARCH
FOUNDATION,

        Plaintiff,

        Case No. 14-cv-00062-bbc

v.

APPLE INC.,

        Defendant.

---

### NOTICE OF APPEARANCE

---

        PLEASE TAKE NOTICE that Bryan J. Cahill of Godfrey & Kahn, S.C. hereby appears in this action on behalf of plaintiff Wisconsin Alumni Research Foundation.  Please serve all papers, pleadings, correspondence and other documents associated with this action to all counsel of record for the plaintiff.

        Dated: April 23, 2014.

*s/Bryan J. Cahill*
Bryan J. Cahill
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Phone:  608-257-3911
Fax:  608-257-0609
bcahill@gklaw.com

*Attorneys for Plaintiff Wisconsin Alumni Research Foundation*

11300297.1