IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Wisconsin Alumni Research Foundation,

Plaintiff(s)

Case No. 14-cv-00062-bbc

Apple Inc.,

Defendant(s)

**MOTION FOR ADMISSION *PRO HAC VICE***

Alan Heinrich  of  Irell & Manella LLP
Attorney          Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in California
Jurisdiction

Dated this   23   Day of   April  , 20   14

s/ Alan J. Heinrich

Name   Alan J. Heinrich

Firm   Irell & Manella LLP

Address   1800 Avenue of the Stars, Suite 900

City   Los Angeles         State CA      Zip  90067-4276

E-Mail   aheinrich@irell.com

Phone   310-203-7958