UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN ALUMNI RESEARCH
FOUNDATION,

        Plaintiff,

v.

APPLE INC.,

        Defendant.

Case No. 14-cv-00062-bbc

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO APPLE'S AMENDED COUNTERCLAIMS**

    Plaintiff Wisconsin Alumni Research Foundation ("WARF") respectfully moves this Court for a two week extension of its deadline to respond to the Amended Counterclaims of Defendant-Counterclaimant, Apple Inc. ("Apple").

    In this patent case, WARF filed its Complaint on January 31, 2014, and the Complaint was served on Apple on February 5, 2014. *See* D.I. 1 & 5. At Apple's request, WARF consented to a 30-day extension of time for Apple to answer the Complaint. *See* D.I. 8. Apple subsequently filed its original Answer and Counterclaims on March 26, 2014. *See* D.I. 19.

    Recently, on June 13, 2014, Apple filed a First Amended Answer and Counterclaims, in which Apple added new allegations that the patent-in-suit is unenforceable due to purported inequitable conduct during the prosecution of the patent in the USPTO. *See* D.I. 40 ¶¶ 21-54. WARF's current deadline to respond to Apple's new counterclaim is June 27, 2014. WARF respectfully requests a two week extension of this deadline, to July 11, 2014, so that it may further evaluate these allegations and prepare its response.

    No other deadlines would be affected by the requested extension.

    Apple, through its counsel, has stated that it does not oppose the two week extension.

Respectfully submitted,

Dated: June 27, 2014.

s/ *Jennifer L. Gregor*

Jennifer L. Gregor
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Phone: 608-257-3911
Fax: 608-257-0609
JGregor@gklaw.com

Morgan Chu
Gary Frischling
Jason Sheasby
Alan Heinrich
Christopher Abernethy
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Tel: 310-277-1010
Mchu@irell.com; GFrischling@irell.com;
JSheasby@irell.com; AHeinrich@irell.com;
CAbernethy@irell.com

*Attorneys for Plaintiff Wisconsin Alumni Research Foundation*

11720710.1