UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WISCONSIN ALUMNI RESEARCH FOUNDATION,<br><br>         Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>         Defendant. | Case No. 3:14-cv-00062-BCC |

**NOTICE OF FILING PETITION FOR *INTER PARTES* REVIEW**

Defendant Apple Inc. hereby informs the Court that on September 30, 2014, it filed in the Patent Trial and Appeal Board ("PTAB") a Petition for *Inter Partes* Review of claims 1-9 of U.S. Patent No. 5,781,752, the patent-in-suit in the above-captioned matter, pursuant to 35 U.S.C. § 312 and 37 C.F.R. § 42.104. Apple's petition and supporting declaration are attached hereto as exhibits for the Court's reference.

Dated:  October 7, 2014                                      Respectfully submitted,

                                                                              */s/ Andrea Jeffries*
                                                                              Andrea Jeffries (*pro hac vice*)
                                                                              David C. Marcus (*pro hac vice*)
                                                                              WILMER CUTLER PICKERING
                                                                              HALE AND DORR LLP
                                                                              350 South Grand Avenue, Suite 2100
                                                                              Los Angeles, CA 90071
                                                                              Tel:  (213) 443-5300
                                                                              andrea.jeffries@wilmerhale.com
                                                                              david.marcus@wilmerhale.com

- 2 -

William F. Lee (*pro hac vice*)
Lauren B. Fletcher (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
william.lee@wilmerhale.com
lauren.fletcher@wilmerhale.com

Mark D. Selwyn (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 858-6000
mark.selwyn@wilmerhale.com

Catherine Cetrangolo
CETRA LAW FIRM LLC
20 North Carroll Street, 2d Floor
Madison, WI 53703
Tel: 608-535-9220
Email: cetrangolo@cetralaw.com

*Attorneys for Defendant Apple Inc.*

- 2 -