IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

IN RE:

ORDER

CASE ASSIGNMENTS

---

Pursuant to 28 U.S.C. § 137, the following actions are hereby REASSIGNED to United

States District Judge William M. Conley:

| | |
|---|---|
| e-ImageData Corp. v. Konica Minolta Business Solutions U.S.A., Inc. | 12-cv-686-bbc |
| Foodfresh Technologies, LLC v. Sunbeam Products, Inc. | 13-cv-488-bbc |
| e-ImageData Corp. v. Konica Minolta Business Solutions U.S.A., Inc. | 13-cv-721-bbc |
| Wisconsin Alumni Research Foundation v. Apple Inc. | 14-cv-62-bbc |

Entered this 4th day of November, 2014.

BY THE COURT:


 s/William M. Conley
WILLIAM M. CONLEY
Chief United States District Judge