IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Wisconsin Alumni Research Foundation

Plaintiff(s)

Case No. 3:14-cv-00062-wmc

Apple Inc.

Defendant(s)

## MOTION FOR ADMISSION *PRO HAC VICE*

Michael T. Pieja — Attorney

of Goldman Ismail Tomaselli Brennan & Baum LLP — Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in New York; California
Jurisdiction

Dated this 25 Day of March, 20 15

s/ Michael Pieja

Name Michael T. Pieja

Firm Goldman Ismail Tomaselli Brennan & Baum LLP

Address 564 W Randolph Street, Ste 400

City Chicago   State IL   Zip 60661

E-Mail mpieja@goldmanismail.com

Phone (312) 881-5954