IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Wisconsin Alumni Research Foundation

Plaintiff(s)

Case No.   3:14-cv-00062-wmc

Apple Inc.

Defendant(s)

**MOTION FOR ADMISSION *PRO HAC VICE***

Anthony Rowles    of    Irell & Manella LLP
Attorney               Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in   California
                                                                                                                                                        Jurisdiction

Dated this   31   Day of   March   , 20   15

s/ Anthony Rowles

Name    Anthony Rowles

Firm    Irell & Manella LLP

Address   1800 Avenue of the Stars

Ste 900

City    Los Angeles          State CA      Zip   90067

E-Mail   trowles@irell.com

Phone    310-203-7635