UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN ALUMNI RESEARCH
FOUNDATION,

        Plaintiff,

v.

APPLE INC.,

        Defendant.

Case No. 3:14-cv-00062-WMC

JOINT CHARTS OF CLAIMS AND ACCUSED PRODUCTS
AT ISSUE ON SUMMARY JUDGMENT

In accordance with the Preliminary Pretrial Conference Order (Dkt. 24), Plaintiff Wisconsin Alumni Research Foundation ("WARF") and Defendant Apple Inc. ("Apple") jointly submit the following charts identifying the claims of U.S. Patent No. 5,781,752 ("'752 patent") and the accused products at issue in the parties' summary judgment motions.

The following claims and accused products are at issue in Apple's motion for summary judgment of anticipation by U.S. Patent No. 5,619,662 ("Steely"):

| Claims of the '752 Patent | Accused Products |
|---|---|
| 1, 2, 3, 9 | Apple's A7, A8, and A8X chips, and all Apple products sold through the close of fact discovery that contain any of the foregoing chips, which presently includes the iPhone 5S, iPhone 6, iPhone 6 Plus, iPad mini 2, iPad mini 3, iPad Air, and iPad Air 2 |

The following claims and accused products are at issue in WARF's motion for summary judgment of no anticipation by Steely:

| Claims of the '752 Patent | Accused Products |
|---|---|
| 1, 2, 3, 5, 6, 9 | Apple's A7, A8, and A8X chips, and all Apple products sold through the close of fact discovery |

1

| | that contain any of the foregoing chips, which presently includes the iPhone 5S, iPhone 6, iPhone 6 Plus, iPad mini 2, iPad mini 3, iPad Air, and iPad Air 2 |
|---|---|

The following claims and accused products are at issue in Apple's motion for summary judgment of indefiniteness:

| Claims of the '752 Patent | Accused Products |
|---|---|
| 5, 6 | Apple's A7, A8, and A8X chips, and all Apple products sold through the close of fact discovery that contain any of the foregoing chips, which presently includes the iPhone 5S, iPhone 6, iPhone 6 Plus, iPad mini 2, iPad mini 3, iPad Air, and iPad Air 2 |

The following claims and accused products are at issue in WARF's motion for summary judgment of no indefiniteness:

| Claims of the '752 Patent | Accused Products |
|---|---|
| 5, 6 | Apple's A7, A8, and A8X chips, and all Apple products sold through the close of fact discovery that contain any of the foregoing chips, which presently includes the iPhone 5S, iPhone 6, iPhone 6 Plus, iPad mini 2, iPad mini 3, iPad Air, and iPad Air 2 |

The following claims and accused products are at issue in Apple's motion for summary judgment of no willful infringement:

| Claims of the '752 Patent | Accused Products |
|---|---|
| 1, 2, 3, 5, 6, 9 | Apple's A7, A8, and A8X chips, and all Apple products sold through the close of fact discovery that contain any of the foregoing chips, which presently includes the iPhone 5S, iPhone 6, iPhone 6 Plus, iPad mini 2, iPad mini 3, iPad Air, and iPad Air 2 |

| | |
|---|---|
| Dated: May 4, 2015 | Respectfully submitted, |

| | |
|---|---|
| */s/ Christopher Abernethy* | */s/ Derek Gosma* |
| Morgan Chu | William F. Lee (*pro hac vice*) |
| Gary Frischling | Lauren B. Fletcher (*pro hac vice*) |
| Jason Sheasby | Bryan S. Conley (*pro hac vice*) |
| Alan Heinrich (*pro hac vice*) | WILMER CUTLER PICKERING |
| Christopher Abernethy (*pro hac vice*) | HALE AND DORR LLP |
| IRELL & MANELLA LLP | 60 State Street |
| 1800 Avenue of the Stars, Suite 900 | Boston, MA 02109 |
| Los Angeles, CA 90067-4276 | Tel: (617) 526-6000 |
| Telephone: (310) 277-1010 | william.lee@wilmerhale.com |
| Facsimile: (310) 203-7199 | lauren.fletcher@wilmerhale.com |
| MChu@irell.com; GFrischling@irell.com; | bryan.conley@wilmerhale.com |
| JSheasby@irell.com; AHeinrich@irell.com; | |
| CAbernethy@irell.com | David C. Marcus (*pro hac vice*) |
| | Andrea W. Jeffries (*pro hac vice*) |
| Jennifer L. Gregor | Derek Gosma (*pro hac vice*) |
| GODFREY & KAHN, S.C. | WILMER CUTLER PICKERING |
| One East Main Street, Suite 500 | HALE AND DORR LLP |
| Madison, WI 53703 | 350 South Grand Avenue, Suite 2100 |
| Telephone: (608) 257-3911 | Los Angeles, CA 90071 |
| Facsimile: (608) 257-0609 | Tel: (213) 443-5300 |
| JGregor@gklaw.com | david.marcus@wilmerhale.com |
| | andrea.jeffries@wilmerhale.com |
| *Attorneys for Plaintiff* | derek.gosma@wilmerhale.com |
| *Wisconsin Alumni Research Foundation* | |
| | Mark D. Selwyn (*pro hac vice*) |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, CA 94304 |
| | Tel: (650) 858-6000 |
| | mark.selwyn@wilmerhale.com |
| | |
| | Catherine Cetrangolo |
| | CETRA LAW FIRM LLC |
| | 20 North Carroll Street, 2d Floor |
| | Madison, WI 53703 |
| | Tel: 608-535-9220 |
| | Email: cetrangolo@cetralaw.com |
| | |
| | *Attorneys for Defendant Apple Inc.* |

3