IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN ALUMNI
RESEARCH FOUNDATION

          Plaintiff(s)

Case No.   14-CV-62-wmc

APPLE, INC.

          Defendant(s)

**MOTION FOR ADMISSION *PRO HAC VICE***

Andrew J. Danford    of    Wilmer Cutler Pickering Hale and Dorr LLP
Attorney                          Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter.  I certify that I am an attorney in good standing licensed to practice in   Massachusetts
                                                                                                                                Jurisdiction

Dated this   26th   Day of   June   , 20   15

          s/ Andrew J. Danford

Name     Andrew J. Danford

Firm     Wilmer Cutler Pickering Hale and Dorr LLP

Address   60 State Street

City     Boston                    State MA      Zip   02109

E-Mail   andrew.danford@wilmerhale.com

Phone    617-526-6000