UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WISCONSIN ALUMNI RESEARCH FOUNDATION,<br><br>             Plaintiff<br>v.<br><br>APPLE INC.,<br><br>             Defendant. | Case No. 3:14-cv-00062-WMC |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO WARF'S MOTION TO COMPEL THE DEPOSITION OF IAIN CUNNINGHAM AND TO COMPEL APPLE TO PRODUCE CERTAIN DOCUMENTS**

Defendant Apple Inc. ("Apple") respectfully moves this Court for a seven day extension of its deadline to respond to Plaintiff Wisconsin Alumni Research Foundation's ("WARF") Motion to Compel the Deposition of Iain Cunningham and to Compel Apple to Produce Certain Documents ("Motion").

WARF's Motion is 40 pages long, and is accompanied by an attorney declaration attaching 32 exhibits. *See* Dkt. Nos. 178, 179. WARF's motion papers contain numerous factual assertions in addition to legal arguments. Apple requests additional time so that it has sufficient time to fully respond to those assertions and arguments.

Apple's current deadline to respond to WARF's Motion is July 21, 2015. *See* Dkt. No. 178. The telephonic hearing on the Motion has not yet been set. Apple respectfully requests a seven day extension of its time to respond to WARF's motion to July 28, 2015, so that it may have adequate time to fully respond to WARF's Motion.

No other deadlines would be affected by the requested extension.

1

WARF, through its counsel, has stated that it does not oppose Apple's request for a seven day extension.

Dated:  July 15, 2015                                     Respectfully submitted,

/s/ Bryan S. Conley
William F. Lee (*pro hac vice*)
Lauren B. Fletcher (*pro hac vice*)
Bryan S. Conley (*pro hac vice*)
Wilmer Cutler Pickering
Hale and Dorr LLP
60 State Street
Boston, MA  02109
Tel:  (617) 526-6000
william.lee@wilmerhale.com
lauren.fletcher@wilmerhale.com

Andrea J.W. Jeffries (*pro hac vice*)
David C. Marcus (*pro hac vice*)
Derek Gosma (*pro hac vice*)
Wilmer Cutler Pickering
Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel:  (213) 443-5300
andrea.jeffries@wilmerhale.com
david.marcus@wilmerhale.com

Mark D. Selwyn (*pro hac vice*)
Wilmer Cutler Pickering
Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:  (650) 858-6000
mark.selwyn@wilmerhale.com

Catherine Cetrangolo
CETRA LAW FIRM LLC
20 North Carroll Street, 2d Floor
Madison, WI 53703
Tel: 608-535-9220
Email: cetrangolo@cetralaw.com

*Attorneys for Defendant Apple Inc.*