UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WISCONSIN ALUMNI RESEARCH FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 3:14-cv-00062-WMC |

**STIPULATION TO EXTEND DEADLINE FOR DISCOVERY, PRETRIAL DISCLOSURES, AND MOTIONS RELATING TO TREVOR MUDGE**

WHEREAS the deposition of WARF's expert Trevor Mudge was scheduled for July 31, 2015;

WHEREAS WARF's counsel informed Apple's counsel on the morning of July 30, 2015 that WARF could not proceed with Dr. Mudge's deposition as scheduled because the witness was not feeling well;

WHEREAS WARF offered two other dates in August (August 17 and 18) on which the deposition could proceed;

WHEREAS given scheduling conflicts in August, the parties have agreed to reschedule Dr. Mudge's deposition for September 3, 2015, a date that is convenient for both parties;

NOW THEREFORE the parties agree and stipulate as follows:

  1.  The August 21, 2015 discovery cutoff provided in paragraph 10 of the Preliminary Pretrial Conference Order (Dkt. 24) shall be extended to permit Apple to proceed with Dr. Mudge's deposition on September 3, 2015. This extension applies only to Dr. Mudge's deposition. The parties shall complete all other discovery by August 21, 2015.

1

2. The deadlines for Rule 26(a)(3) disclosures and pretrial motions set forth in paragraph 11 of the Preliminary Pretrial Conference Order (Dkt. 24) shall be extended to permit the parties to file and serve Rule 26(a)(3) disclosures and pretrial motions relating to the deposition of Dr. Mudge by September 7, 2015. Objections/oppositions to those Rule 26(a)(3) disclosures and pretrial motions shall be permitted to be filed and served by September 14, 2015. This extension applies only to Rule 26(a)(3) disclosures and pretrial motions relating to the deposition of Dr. Mudge. The parties shall file and serve all other Rule 26(a)(3) disclosures, pretrial motions, and objections/oppositions according to the schedule set forth in paragraph 11 of the Preliminary Pretrial Conference Order (Dkt. 24).

Dated: August 7, 2015                                         Respectfully submitted,

*/s/ Jason Sheasby*                                            */s/ Andrew J. Danford*
Morgan Chu                                                     William F. Lee (*pro hac vice*)
Gary Frischling                                                Lauren B. Fletcher (*pro hac vice*)
Jason Sheasby                                                  Bryan S. Conley (*pro hac vice*)
Alan Heinrich                                                  Andrew J. Danford (*pro hac vice*)
Christopher Abernethy                                          WILMER CUTLER PICKERING
IRELL & MANELLA LLP                                            HALE AND DORR LLP
1800 Avenue of the Stars, Suite 900                            60 State Street
Los Angeles, CA 90067-4276                                     Boston, MA 02109
Telephone: (310) 277-1010                                      Tel: (617) 526-6000
Facsimile: (310) 203-7199                                      william.lee@wilmerhale.com
MChu@irell.com; GFrischling@irell.com;                         lauren.fletcher@wilmerhale.com
JSheasby@irell.com; AHeinrich@irell.com;                       bryan.conley@wilmerhale.com
CAbernethy@irell.com                                           andrew.danford@wilmerhale.com

Jennifer L. Gregor                                             David C. Marcus (*pro hac vice*)
GODFREY & KAHN, S.C.                                           Andrea W. Jeffries (*pro hac vice*)
One East Main Street, Suite 500                                Derek Gosma (*pro hac vice*)
Madison, WI 53703                                              WILMER CUTLER PICKERING
Telephone: (608) 257-3911                                      HALE AND DORR LLP
Facsimile: (608) 257-0609                                      350 South Grand Avenue, Suite 2100

JGregor@gklaw.com

*Attorneys for Plaintiff*
*Wisconsin Alumni Research Foundation*

Los Angeles, CA 90071
Tel:  (213) 443-5300
david.marcus@wilmerhale.com
andrea.jeffries@wilmerhale.com
derek.gosma@wilmerhale.com

Mark D. Selwyn (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:  (650) 858-6000
mark.selwyn@wilmerhale.com

Catherine Cetrangolo
CETRA LAW FIRM LLC
20 North Carroll Street, 2d Floor
Madison, WI 53703
Tel: 608-535-9220
Email: cetrangolo@cetralaw.com

*Attorneys for Defendant Apple Inc.*