IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN ALUMNI
RESEARCH FOUNDATION,

       Plaintiff(s)

Case No. 14-cv-62-wmc

APPLE, INC.

       Defendant(s)

**MOTION FOR ADMISSION *PRO HAC VICE***

Gregory P. Teran   of   Wilmer Cutler Pickering Hale and Dorr LLP
Attorney          Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in Massachusetts
                    Jurisdiction

Dated this 13th Day of August, 20 15

s/ Gregory P. Teran

Name Gregory P. Teran

Firm Wilmer Cutler Pickering Hale and Dorr LLP

Address 60 State Street

City Boston    State MA  Zip  02109

E-Mail gregory.teran@wilmerhale.com

Phone 617-526-6000