IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WISCONSIN ALUMNI RESEARCH FOUNDATION,<br><br>                          Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>                          Defendant. | Case No. 14-cv-00062-WMC |

## NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER

      Plaintiff Wisconsin Alumni Research Foundation hereby withdraws its Expedited Motion for a Protective Order Limiting the Scope of the August 14, 2015 Deposition of Dr. Scott Mahlke. (Dkt. 196). The parties have reached a written understanding concerning the issues underlying that motion and do not need further assistance from the Court at this time. The Court's prompt attention to the matter has been much appreciated.

                                                                                            Respectfully submitted,

Dated: August 13, 2015              By:  *Jennifer L. Gregor*

                                                          Morgan Chu
                                                          Gary Frischling
                                                          Jason Sheasby
                                                          Alan Heinrich
                                                          Christopher Zhong
                                                          IRELL & MANELLA LLP
                                                          1800 Avenue of the Stars, Suite 900
                                                          Los Angeles, CA 90067-4276
                                                          Telephone:  (310) 277-1010
                                                          MChu@irell.com; GFrischling@irell.com;
                                                          JSheasby@irell.com; AHeinrich@irell.com;
                                                          CZhong@irell.com; ARowles@irell.com

Jennifer L. Gregor
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone:   (608) 257-3911
JGregor@gklaw.com

*Attorneys for Plaintiff*
*Wisconsin Alumni Research Foundation*

14166267.1