UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WISCONSIN ALUMNI RESEARCH FOUNDATION,<br><br>                Plaintiff,<br><br>        v.<br><br>APPLE INC.,<br><br>                Defendant. | Case No. 3:14-cv-00062-WMC |

**DECLARATION OF DEREK A. GOSMA IN SUPPORT OF DEFENDANT APPLE INC.'S BRIEF IN OPPOSITION TO PLAINTIFF WISCONSIN ALUMNI RESEARCH FOUNDATION'S EXPEDITED MOTION TO STRIKE THE LATE SUPPLEMENTAL EXPERT REPORTS OF DR. AUGUST AND MS. DAVIS**

I, Derek A. Gosma, hereby declare as follows:

1.      I am an attorney with the law firm WilmerHale LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned action, and am admitted to this Court *pro hac vice*. I respectfully submit this declaration in support of Apple's Brief in Opposition to Plaintiff Wisconsin Alumni Research Foundation's Expedited Motion to Strike the Late Supplemental Expert Reports of Dr. August and Ms. Davis. I am familiar with the facts stated herein.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of a Supplemental Amendment to and Notice of Allowance for U.S. Patent Application No. 13/464,647 dated July 24, 2015.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of an e-mail message from David Marcus of WilmerHale LLP to Chris Abernethy of Irell and Manella, LLP.

- 1 -

- 2 -

4. Attached hereto as **Exhibit 3** is a true and correct copy of WARF's First Set of Interrogatories to Apple in the above-captioned litigation.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: August 19, 2015 at Los Angeles, California.

By: */s/ Derek A. Gosma*

Derek A. Gosma (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
bryan.conley@wilmerhale.com

*Attorney for Defendant Apple Inc.*