IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN ALUMNI RESEARCH FOUNDATION

Plaintiff(s)

Case No. 14-CV-62-BBC

APPLE, INC.

Defendant(s)

---

## MOTION FOR ADMISSION *PRO HAC VICE*

Jordan L. Hirsch of Wilmer Cutler Pickering Hale and Dorr LLP
Attorney    Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in Massachusetts
Jurisdiction

Dated this 19th Day of August, 20 15

s/ Jordan L. Hirsch

Name    Jordan L. Hirsch

Firm    Wilmer Cutler Pickering Hale and Dorr LLP

Address    60 State Street

City    Boston            State  MA    Zip  02109

E-Mail    jordan.hirsch@wilmerhale.com

Phone    617-526-6330