IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____, )
                              )
      Plaintiff(s),    )    **NOTICE OF INTENT TO**
                              )    **REQUEST REDACTION**
v.                            )
                              )    Case No. _____
_____, )
                              )
      Defendant(s).    )

    Notice is hereby given that a Statement of Requested Redaction will be electronically filed with the court and served upon the court reporter/transcriber within 21 days from the filing of the transcript with the clerk of court.

    Type of Transcript: _____

    Date of Hearing:    _____

                                                                                        By: _____

    Date: _____

### **CERTIFICATE OF SERVICE**

    I hereby certify that on _____, I electronically filed this document with the clerk of court using the CM/ECF system which will send notification of such filing to the following: _____

    and I hereby certify that I have mailed to the United States Postal Service the document to the following non CM/ECF participants: _____.

                                                                                      By: _____