IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WISCONSIN ALUMNI RESEARCH FOUNDATION,<br><br>                             Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>                             Defendant. | Case No. 14-cv-00062-WMC |

**NARRATIVE BACKGROUND OF**
**EXPERT MARK CHANDLER**

Wisconsin Alumni Research Foundation hereby submits the following written narrative statement of the background and experience of its expert, Mark Chandler.

Mark Chandler is an expert in evaluating and licensing patented technologies. Mr. Chandler has 25 years of experience helping universities, inventors, and companies of all sizes develop and license patented technology. Mr. Chandler has personally negotiated over a hundred patent licenses, many of which involved microprocessor technology. Mr. Chandler has negotiated patent licenses on both sides of the table, for inventors and for companies interested in licensing the technology. Mr. Chandler has also helped form more than fifteen high-tech startup companies. Mr. Chandler has extensive experience with research universities. He has worked with many top universities to develop and license valuable technologies, including Columbia University, Ohio State University, and the University of Utah. He has also worked with companies to license technologies from universities, including General Electric and Fidelity Investments. Mr. Chandler has been recognized as one of the Top 250 intellectual property strategists in the world for seven years running.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 28, 2015 | By: */s/Jennifer L. Gregor* |

        Morgan Chu
        Gary Frischling
        Jason Sheasby
        Alan Heinrich
        Christopher Abernethy
        Anthony Rowles
        IRELL & MANELLA LLP
        1800 Avenue of the Stars, Suite 900
        Los Angeles, CA 90067-4276
        Telephone: (310) 277-1010
        MChu@irell.com; GFrischling@irell.com;
        JSheasby@irell.com; AHeinrich@irell.com;
        CAbernethy@irell.com; ARowles@irell.com

        Jennifer L. Gregor
        GODFREY & KAHN, S.C.
        One East Main Street, Suite 500
        Madison, WI 53703
        Telephone: (608) 257-3911
        JGregor@gklaw.com

        *Attorneys for Plaintiff*
        *Wisconsin Alumni Research Foundation*