# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN ALUMNI RESEARCH
FOUNDATION,

               Plaintiff,

     v.

APPLE INC.,

               Defendant.

Case No. 3:14-cv-00062-WMC

## APPLE'S AMENDED EXHIBIT LIST WITH WARF'S OBJECTIONS

Pursuant to the Court's request (2015-09-24 email from M. Hardin to Counsel), Apple resubmits its amended Exhibit List (Dkt. 452, 452-1), attached hereto as Exhibit A, with WARF's current objections included therein.  WARF's objection key is located at Dkt. 434-2.

Apple reserves the right to challenge the admissibility of any exhibit on this list, present demonstrative exhibits at trial that are not yet developed, or to use additional exhibits solely for impeachment purposes. Apple also reserves the right to use any exhibit identified on WARF's exhibit list or any pleading or document filed with the Court in this case.

Dated:  September 24, 2015

Respectfully submitted,

/s/ Bryan S. Conley
William F. Lee (*pro hac vice*)
Lauren B. Fletcher (*pro hac vice*)
Bryan S. Conley (*pro hac vice*)
Wilmer Cutler Pickering
Hale and Dorr LLP
60 State Street
Boston, MA  02109
Tel:  (617) 526-6000
william.lee@wilmerhale.com
lauren.fletcher@wilmerhale.com

David C. Marcus (*pro hac vice*)
Andrea J.W. Jeffries (*pro hac vice*)
Derek Gosma (*pro hac vice*)
Wilmer Cutler Pickering
Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel:  (213) 443-5300
david.marcus@wilmerhale.com
andrea.jeffries@wilmerhale.com

Mark D. Selwyn (*pro hac vice*)
Wilmer Cutler Pickering
Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:  (650) 858-6000
mark.selwyn@wilmerhale.com

Catherine Cetrangolo
CETRA LAW FIRM LLC
20 North Carroll Street, 2d Floor
Madison, WI 53703
Tel: 608-535-9220
Email: cetrangolo@cetralaw.com

*Attorneys for Defendant Apple Inc.*