# EXHIBIT A



**Investing in research, making a difference…**

- For UW Inventors
    - America Invents Act Overview
    - Why Patent?
    - Our Process
    - Patenting FAQs
    - Disclose an Invention
    - Intellectual Property Primer
    - Lab Book Guidelines
- For Industry
    - Get Tech Updates
    - Licensing Process
    - Licensing FAQs
    - Agreements
    - Print & Sign Licenses
    - Vitamin D
- For Startups
    - Starting a Company
    - Benefits
    - WARF Startups
    - Startup

- [Through Technologies](#)
    - [New Inventions](#)
    - [New Patents](#)
    - [Portfolios](#)
- [Through Financial Stewardship](#)
    - [Financials](#)
    - [Grants](#)
    - [Endowment](#)
- [Through Programs and Events](#)
    - [For inventors, entrepreneurs and researchers](#)
    - [For community members](#)
    - [For K-12 students, educators and their families](#)

[Documents](#)

## About Us

- [Mission & Vision](#)
- [Background](#)
- **Success Stories**
- [Town Center at Discovery](#)
- [Careers](#)
- [Employee Directory](#)
- [Discovery Portal](#)
- [Wisconsin Idea](#)
    - [Contact Us](#)
        - [Employee Directory](#)
        - [Directions to WARF](#)
    - [News + Media](#)
        - [News](#)
        - [Publications](#)
        - [Videos](#)

- [Home](#)
  >
- [About Us](#)
  >
- Success Stories

# Success Stories

More than eight decades in the making, partnership still going strong

[Download a list of WARF's top technologies.](#)

For more than 80 years, WARF has been partnering with the University of Wisconsin–Madison to promote, encourage and aid scientific investigation and research and to move the fruits of such research into the world to benefit people.

Since inception, WARF has earned more than $800 million in patent royalty revenues, paid more than $170 million to faculty and staff inventors and returned more than $1.25 billion to the university while also building an endowment that is now worth some $2 billion.

More importantly, behind these numbers are the lives that have been helped because of the partnership between WARF and the university. Among the achievements:



Hector DeLuca

- [Harry Steenbock's process to increase vitamin D content of food— an invention that eradicated rickets](#);
- [Karl Paul Link's discovery of Warfarin, the basis for Coumadin®, still the most widely used blood thinner for treating cardiovascular disease](#);
- [Hector DeLuca's discovery of the active form of vitamin D and its analogs, which have improved the lives of millions of patients suffering from bone and renal disease](#);
- [Chuck Mistretta's digital subtraction angiography that revolutionized the diagnosis of cardiovascular disease](#);
- [the tomotherapy invention by Thomas "Rock" Mackie and Paul Reckwerdt for more accurate and successful radiotherapy treatment of cancer](#);
- Dr. James Thomson's breakthrough with human embryonic stem cells and more recently induced pluripotent stem cells, now among the most powerful research tools of our generation;
- Dr. Yoshihiro Kawaoka's invention of reverse genetics, a technique that is improving how vaccines are made; and
- ==the computer processor discoveries of John Wiley, John Perepezko and Gurindar Sohi, essential in helping industry create computers that are faster, greener and powerful enough to tackle our many global problems.==



Thomas "Rock" Mackie, Photo by UW-Madison, University Communications

Additional key discoveries include:

- Dale Wurster's pharmaceutical coating process;
- [the organ preservation solution developed by Folkert Belzer and James Southard;](#)
- Paul Moran's enhancements to magnetic resonance imaging (MRI);
- Ann Palmenberg's translation enhancer;
- the "naked" DNA approach to gene therapy developed by Jon Wolff;

PX0574.0003

- Howard Temin's retroviral vector;
- the identification of conjugated linoleic acid, or CLA, as an anti-cancer agent and dietary supplement by Mark Cook and Michael Pariza; and
- Eric Johnson's botulinum toxin.



- Home
- Contact Us
- Disclose an Invention
- Discovery Portal
- UW–Madison
- Town Center
- Morgridge Institute for Research
- WiCell
- WiSys
- Sitemap

WARF helps steward the cycle of research, discovery, commercialization and investment for the University of Wisconsin. Copyright © 2014 WARF. All rights reserved.