# EXHIBIT B

**Rowles, Tony**

| | |
|---|---|
| **From:** | WHBOSLitSupportFileTransfer@wilmerhale.com |
| **Sent:** | Friday, July 11, 2014 12:35 PM |
| **To:** | #WARF/Apple [Int] |
| **Cc:** | jgregor@gklaw.com; cetrangolo@cetralaw.com; WHWARF-AppleforIrell@wilmerhale.com |
| **Subject:** | WARF v. Apple, Case No. 14-cv-062-BBC:  Document Production |

Counsel,

Below please find a secure link containing documents bearing Bates numbers APL-WARF_0000468125 - APL-WARF_0000487559.

Please note that the production file is password-protected and encrypted. The password for accessing the file will follow in a separate email.

This production contains documents that have been designated and stamped as "Confidential" and "Highly Confidential," and "Highly Confidential – Source Code" and such documents should be treated accordingly under the terms of the Protective Order. Apple reserves the right to amend the designation of any document set forth in the enclosed media.

If you have any questions or concerns, please do not hesitate to contact us.

Sincerely,
Jess

Jessica M. Feinberg | WilmerHale
Paralegal
60 State Street
Boston, MA 02109 USA
+1 617 526 5179 (t)
+1 617 526 5000 (f)

File(s) will be available for download until **10 August 2014**:

File: PROD011.rar, 418,844.39 KB   [Fingerprint: 0a693c8c78fb6e17bd0b5272dd63ae66]


You have received attachment link(s) within this email sent via Accellion Secure File Transfer. To retrieve the attachment(s), please click on the link(s).
Accellion File Transfer