# EXHIBIT D

INTERNET ARCHIVE WaybackMachine

12 captures
8 Jun 13 – 27 Feb 14

http://www.warf.org/home/about-us/success-stories/success-stories.cm  Go

MAY  JUN  AUG    Close
◀   8   ▶
2012 **2013** 2014    Help

Home > About Us > Success Stories

## Success Stories

### More than eight decades in the making, partnership still going strong

For more than 80 years, WARF has been partnering with the University of Wisconsin–Madison to promote, encourage and aid scientific investigation and research and to move the fruits of such research into the world to benefit people.

Since inception, WARF has earned more than $800 million in patent royalty revenues, paid more than $170 million to faculty and staff inventors and returned more than $1.25 billion to the university while also building an endowment that is now worth some $2 billion.

More importantly, behind these numbers are the lives that have been helped because of the partnership between WARF and the university. Among the achievements:


Hector DeLuca

- Harry Steenbock's process to increase vitamin D content of food— an invention that eradicated rickets;

- Karl Paul Link's discovery of Coumadin or Warfarin, still the most widely used blood thinner for treating cardiovascular disease;

- Hector DeLuca's discovery of the active form of vitamin D and its analogs, which have improved the lives of millions of patients suffering from bone and renal disease;

- Chuck Mistretta's digital subtraction angiography that revolutionized the diagnosis of cardiovascular disease;

- the tomotherapy invention by Thomas "Rock" Mackie and Paul Reckwerdt for more accurate and successful radiotherapy treatment of cancer;


Thomas "Rock" Mackie, Photo by UW-Madison, University Communications

- Dr. James Thomson's breakthrough with human embryonic stem cells and more recently induced pluripotent stem cells, now among the most powerful research tools of our generation;

- Dr. Yoshihiro Kawaoka's invention of reverse genetics, a technique that is improving how vaccines are made; and

- the computer processor discoveries of John Wiley, John Perepezko and Gurindar Sohi, essential in helping industry create computers that are faster, greener and powerful enough to tackle our many global problems.