# COURTROOM MINUTES
# CIVIL

DATE: 9/25/2015　　DAY: Friday　　START TIME: 1:10 PM　　END TIME: 5:05 PM

JUDGE/MAG.: W. Conley　　CLERK: K. Frederickson　　REPORTER: L. Swenson

CASE NO.: 14-cv-62-wmc　　CASE NAME: Wisconsin Alumni Research Foundation v. Apple Inc.

**APPEARANCES:**

PLAINTIFF(S): M. Chu, J. Gregor, G. Frischling　　DEFENDANT(S): W. Lee, C. Cetrangolo, J. Dowd
A. Heinrich, J. Sheasby,　　D. Marcus, A. Jeffries, J. Hirsch
A. Rowles, A. Proctor,
C. Abernethy

**PROCEEDING:**

☐ CONFIRMATION OF SALE　　☐ ORDER TO SHOW CAUSE
☐ CONTEMPT OF COURT　　☒ OTHER: Final Pretrial Conference
☐ MOTION FOR DEFAULT JUDGMENT

Discussed motions in limine, witness lists, exhibits, and housekeeping matters

Telephonic conference on MIL, voir dire, and proposed instructions set for Tuesday, 9/29 at 8:30 am

Telephonic conference on evidence issues on deposition designations set for Tuesday, 9/29 at 2:00 pm

Recess from 3:15 pm until 3:52 pm

TOTAL COURT TIME: 3 hrs, 18 min