IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN ALUMNI RESEARCH
FOUNDATION,

                    Plaintiff,                  ORDER

  v.

                                                14-cv-062-wmc

APPLE, INC.,

                  Defendant.

---

The court held a telephonic conference today, at which the parties appeared by counsel, and during which the court issued various rulings on the record, which it will formalize here.

Accordingly,

IT IS ORDERED that:

1) The court's order on Apple's objections to certain of WARF's deposition designations (dkt. #469) is AMENDED to **overrule** Apple's objection to Stephan Meier's deposition testimony regarding alternative designs (252, 256-57.) WARF is permitted to present, or otherwise rely on, those designations as part of its liability case as well.

2) While the court expressed concern about the scope and appropriateness of Apple's proposed redactions to the court's sealed order on WARF's motions *in limine* (dkt. #464), the court will nonetheless DIRECT the clerk's office to file dkt. #471-1 as the redacted version of the sealed order. During Friday's hearing, the parties should be prepared to discuss how best to manage confidentiality concerns during trial.

3) With respect to the 19 or 20 exhibits identified by WARF for immediate rulings on Apple's objections (*see* dkt. #467), the parties are directed to confer on these objections. Apple should file a brief by end of day Wednesday, September 30, elaborating on its concerns with respect to any remaining contested exhibits (out of this initial group of 19 or 20); WARF's response is due by noon on Thursday, October 1. The parties are also directed to meet and confer on any remaining categories of contested exhibits and to advise the

court by noon on Thursday what remaining evidentiary disputes remain as to their admission at trial.

4) The parties are directed to confer on the list of witnesses in the court's proposed *voir dire* and submit a joint statement identifying any names that may be removed by end of day Thursday, October 1.

5) The court will hold a telephonic conference on Friday, October 2, 2015, at 10:00 a.m. to address remaining issues. Plaintiff to establish call to chambers at 608-264-5087.

Entered this 29th day of September, 2015.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge