# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: 10/5/2015   DAY: Monday   START TIME: 8:15 AM   TOTAL HOURS: 7:50

JUDGE/MAG.: W. Conley   CLERK: K. Frederickson   REPORTER: L. Swenson

PROBATION OFFICER: _____   INTERPRETER: _____   SWORN: YES ☐   NO ☐

CASE NUMBER: 14-cv-62-wmc   CASE NAME: WARF v. Apple, Inc.

**APPEARANCES:**

PLAINTIFF(S): Morgan Chu, Gary Frischling, Jason Sheasby, Alan Heinrich

DEFENDANT(S): William Lee, David Marcus, James Dowd, Cathy Cetrangolo

PROCEEDINGS: Conference from 8:15 AM until 8:55 AM, followed by brief recess before jury selection at 9:20 AM. First day of trial; heard testimony from plaintiff's first two witnesses, with Dr. Sohi's testimony continued until Tues.

### PLAINTIFF(S) WITNESS
1. Carl Gulbrandsen
2. Gurindar S. Sohi
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 

### DEFENDANT(S) WITNESS
1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 

### PLAINTIFF(S) DISPOSITIVE MOTION(S)
1. _____ GRANTED ☐ DENIED ☐ U/A ☐
2. _____ GRANTED ☐ DENIED ☐ U/A ☐
3. _____ GRANTED ☐ DENIED ☐ U/A ☐

### DEFENDANT(S) DISPOSITIVE MOTION(S)
1. _____ GRANTED ☐ DENIED ☐ U/A ☐
2. _____ GRANTED ☐ DENIED ☐ U/A ☐
3. _____ GRANTED ☐ DENIED ☐ U/A ☐

1ST BREAK: 11:35 AM   RESUME: 11:55 AM   2ND BREAK: 12:45 PM   RESUME: 1:25 PM

3RD BREAK: 3:35 PM   RESUME: 3:45 PM   4TH BREAK: _____   RESUME: _____

ADJOURNMENT: 5:40 PM