# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: 10/6/2015  DAY: Tuesday  START TIME: 8:35 AM  TOTAL HOURS: 7:40

JUDGE/MAG.: W. Conley  CLERK: K. Frederickson  REPORTER: L. Swenson

PROBATION OFFICER: _____  INTERPRETER: _____  SWORN: YES ☐  NO ☐

CASE NUMBER: 14-cv-62-wmc  CASE NAME: WARF v. Apple, Inc.

**APPEARANCES:**

PLAINTIFF(S): Morgan Chu, Gary Frischling, Jason Sheasby, Alan Heinrich

DEFENDANT(S): William Lee, David Marcus, James Dowd, Cathy Cetrangolo

PROCEEDINGS: Second Day of Jury Trial; Conference held from 8:15 AM until 8:30 AM
Continued with testimony from plaintiff's witnesses

### PLAINTIFF(S) WITNESS
1. Gurindar S. Sohi (cont.)
2. Gerard Williams III (adverse via video depos.)
3. Suparn Vats (adverse via depos.)
4. Thomas Conte
5. John Mylius (adverse via video depos.)
6. Suparn Vats (adverse via video depos.)
7. Peter Bannon (adverse via video depos.)
8. Scott Breach (adverse via video depos.)

### DEFENDANT(S) WITNESS

### PLAINTIFF(S) DISPOSITIVE MOTION(S)

### DEFENDANT(S) DISPOSITIVE MOTION(S)

1ST BREAK: 10:15 AM  RESUME: 10:35 AM  2ND BREAK: 12:30 PM  RESUME: 1:40 PM
3RD BREAK: 3:30 PM  RESUME: 3:45 PM  4TH BREAK: _____  RESUME: _____
ADJOURNMENT: 6:00 PM