# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: 10/7/2015  DAY: Wednesday  START TIME: 8:10 AM  TOTAL HOURS: 8:10

JUDGE/MAG.: W. Conley  CLERK: K. Frederickson  REPORTER: L. Swenson

PROBATION OFFICER: _____  INTERPRETER: _____  SWORN: YES ☐  NO ☐

CASE NUMBER: 14-cv-62-wmc  CASE NAME: WARF v. Apple, Inc.

**APPEARANCES:**

PLAINTIFF(S): Morgan Chu, Gary Frischling, Jason Sheasby, Alan Heinrich

DEFENDANT(S): Bill Lee, David Marcus, Jim Dowd, Cathy Cetrangolo

PROCEEDINGS: Third Day of Jury Trial; Conference held from 8:10 AM until 8:30 AM, with recess until 8:45 AM. WARF rests its case-in-chief on infringement; began testimony from Apple's witnesses

**PLAINTIFF(S) WITNESS**
1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 

**DEFENDANT(S) WITNESS**
1. David Webb (via video depo.)
2. Robert Colwell
3. David Fite (via video depo.)
4. Andreas I. Moshovos (via video depo.)
5. Gerard Williams IIII (via video depo.)
6. 
7. 
8. 
9. 
10. 

**PLAINTIFF(S) DISPOSITIVE MOTION(S)**
1. _____ GRANTED ☐ DENIED ☐ U/A ☐
2. _____ GRANTED ☐ DENIED ☐ U/A ☐
3. _____ GRANTED ☐ DENIED ☐ U/A ☐

**DEFENDANT(S) DISPOSITIVE MOTION(S)**
1. _____ GRANTED ☐ DENIED ☐ U/A ☐
2. _____ GRANTED ☐ DENIED ☐ U/A ☐
3. _____ GRANTED ☐ DENIED ☐ U/A ☐

1ST BREAK 10:20 AM  RESUME 10:45 AM  2ND BREAK 1:00 PM  RESUME 1:45 PM
3RD BREAK 3:25 PM  RESUME 3:50 PM  4TH BREAK _____  RESUME _____
ADJOURNMENT 6:10 PM