# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: 10/8/2015  DAY: Thursday  START TIME: 8:15 AM  TOTAL HOURS: 8:00
JUDGE/MAG.: W. Conley  CLERK: K. Frederickson  REPORTER: L. Swenson
PROBATION OFFICER: _____  INTERPRETER: _____  SWORN: YES ☐  NO ☐
CASE NUMBER: 14-cv-62-wmc  CASE NAME: WARF v. Apple, Inc.

**APPEARANCES:**
PLAINTIFF(S): Morgan Chu, Gary Frischling, Jason Sheasby, Alan Heinrich
DEFENDANT(S): Bill Lee, David Marcus, Jim Dowd, Cathy Cetrangolo

PROCEEDINGS: Fourth Day of Jury Trial
Conference held from 8:15 AM until 8:45 AM, with recess until 8:50 AM

### PLAINTIFF(S) WITNESS
1. Trevor Mudge (rebuttal)

### DEFENDANT(S) WITNESS
1. Gerard Williams III (cont.)
2. David August

### PLAINTIFF(S) DISPOSITIVE MOTION(S)
1. _____  GRANTED ☐  DENIED ☐  U/A ☐
2. _____  GRANTED ☐  DENIED ☐  U/A ☐
3. _____  GRANTED ☐  DENIED ☐  U/A ☐

### DEFENDANT(S) DISPOSITIVE MOTION(S)
1. _____  GRANTED ☐  DENIED ☐  U/A ☐
2. _____  GRANTED ☐  DENIED ☐  U/A ☐
3. _____  GRANTED ☐  DENIED ☐  U/A ☐

1ST BREAK: 10:30 AM  RESUME: 10:50 AM  2ND BREAK: 12:30 PM  RESUME: 1:30 PM
3RD BREAK: 3:35 PM  RESUME: 3:50 PM  4TH BREAK: 4:30 PM  RESUME: 4:35 PM
ADJOURNMENT: 6:00 PM