# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: 10/9/2015   DAY: Friday   START TIME: 8:35 AM   TOTAL HOURS: 5:50

JUDGE/MAG.: W. Conley   CLERK: K. Frederickson   REPORTER: L. Swenson

PROBATION OFFICER: _____   INTERPRETER: _____   SWORN: YES ☐   NO ☐

CASE NUMBER: 14-cv-62-wmc   CASE NAME: WARF v. Apple, Inc.

**APPEARANCES:**

PLAINTIFF(S): Morgan Chu, Gary Frischling, Jason Sheasby, Alan Heinrich

DEFENDANT(S): Bill Lee, David Marcus, Jim Dowd, Cathy Cetrangolo

PROCEEDINGS: Fifth Day of Jury Trial
Jury instructions given, closing arguments to begin on Monday, 10/12 at 8:30 AM

**PLAINTIFF(S) WITNESS**
1. Trevor Mudge (rebuttal, cont.)
2. Simon Steely (via video depo.)
3. Scott Mahlke
4. Tom Conte (rebuttal)

**DEFENDANT(S) WITNESS**
1. Robert Colwell (rebuttal)

**PLAINTIFF(S) DISPOSITIVE MOTION(S)**

**DEFENDANT(S) DISPOSITIVE MOTION(S)**

1ST BREAK: 10:40 AM   RESUME: 11:00 AM   2ND BREAK: 12:30 PM   RESUME: 1:15 PM
3RD BREAK: 2:45 PM   RESUME: 3:00 PM   4TH BREAK: _____   RESUME: _____
ADJOURNMENT: 3:45 PM