IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WISCONSIN ALUMNI RESEARCH FOUNDATION,<br><br>       Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>       Defendant. | Case No. 14-cv-00062-WMC |

**WARF'S NOTICE REGARDING ITS CLAIM FOR PRE-SUIT DAMAGES**

To further streamline the case, plaintiff, Wisconsin Alumni Research Foundation ("WARF") hereby gives notice that it is withdrawing its claim for pre-suit damages. As a result, the damages period in this case commences on January 31, 2014, the date on which WARF filed the present lawsuit. WARF does so without prejudice to its position that Apple has not come forward with evidence regarding which, and how many (if any), Intel processors made and sold in the United States <u>after</u> the 2009 WARF/Intel settlement are actually covered by any claim of the '752 patent. Other than its claim for pre-suit damages, WARF waives no other claim, issue or argument hereby.

Respectfully submitted,

Dated: October 12, 2015      By: */s/ Jennifer L. Gregor*

                   Morgan Chu
                   Gary Frischling
                   Jason Sheasby
                   Alan Heinrich
                   Christopher Abernethy
                   IRELL & MANELLA LLP
                   1800 Avenue of the Stars, Suite 900

14602618.

Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
MChu@irell.com; GFrischling@irell.com;
JSheasby@irell.com; AHeinrich@irell.com;
CAbernethy@irell.com

Jennifer L. Gregor
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
JGregor@gklaw.com

*Attorneys for Plaintiff*
*Wisconsin Alumni Research Foundation*