# COURTROOM MINUTES
## TRIAL/EVIDENTIARY HEARING

DATE: 10/12/2015   DAY: Monday   START TIME: 8:30 AM   TOTAL HOURS: 4:55

JUDGE/MAG.: W. Conley   CLERK: K. Frederickson   REPORTER: L. Swenson

PROBATION OFFICER: ___   INTERPRETER: ___   SWORN: YES ☐   NO ☐

CASE NUMBER: 14-cv-62-wmc   CASE NAME: WARF v. Apple, Inc.

**APPEARANCES:**

PLAINTIFF(S): Morgan Chu, Gary Frischling, Jason Sheasby, Alan Heinrich

DEFENDANT(S): Bill Lee, David Marcus, Jim Dowd, Cathy Cetrangolo

**PROCEEDINGS:** Sixth Day of Jury Trial
Each side presented closing arguments; damages instructions and exhibits discussed during jury deliberation
Jury verdict on liability returned in favor of plaintiff, WARF; damages phase to begin on Tuesday, 10/13 at 8:30 AM

**PLAINTIFF(S) WITNESS**
1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 

**DEFENDANT(S) WITNESS**
1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 

**PLAINTIFF(S) DISPOSITIVE MOTION(S)**
1. ___   GRANTED ☐   DENIED ☐   U/A ☐
2. ___   GRANTED ☐   DENIED ☐   U/A ☐
3. ___   GRANTED ☐   DENIED ☐   U/A ☐

**DEFENDANT(S) DISPOSITIVE MOTION(S)**
1. ___   GRANTED ☐   DENIED ☐   U/A ☐
2. ___   GRANTED ☐   DENIED ☐   U/A ☐
3. ___   GRANTED ☐   DENIED ☐   U/A ☐

1ST BREAK: 9:30 AM   RESUME: 9:35 AM   2ND BREAK: 11:00 AM   RESUME: 11:25 AM
3RD BREAK: 12:15 PM   RESUME: 2:15 PM   4TH BREAK: 3:45 PM   RESUME: 5:35 PM
ADJOURNMENT: 5:45 PM