IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN ALUMNI RESEARCH
FOUNDATION,

                    Plaintiff,                  SPECIAL VERDICT

v.

                                                14-cv-062-wmc

APPLE, INC.,

                  Defendant.

---

We, the jury, for our special verdict, do find as follows:

**Question No. 1**: Has plaintiff Wisconsin Alumni Research Foundation proven by a preponderance of the evidence that defendant Apple, Inc. has infringed any of the following claims of U.S. Patent No. 5,781,752 (the "'752 patent")?

|         | Yes | No |
|---------|-----|----|
| Claim 1 | X   |    |
| Claim 2 | X   |    |
| Claim 3 | X   |    |
| Claim 5 | X   |    |
| Claim 6 | X   |    |
| Claim 9 | X   |    |

**Question No. 2**: Has defendant Apple, Inc. proven by clear and convincing evidence that any one or more of the following claims in the '752 patent is invalid?

| | Yes | No |
|---|---|---|
| Claim 1 | | X |
| Claim 2 | | X |
| Claim 3 | | X |
| Claim 5 | | X |
| Claim 6 | | X |
| Claim 9 | | X |

_____
Presiding Juror

Madison, Wisconsin

Dated this 12th day of October, 2015.

2