# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: 10/13/2015  DAY: Tuesday  START TIME: 8:20 AM  TOTAL HOURS: 8:15

JUDGE/MAG.: W. Conley  CLERK: K. Frederickson  REPORTER: L. Swenson

PROBATION OFFICER: _____  INTERPRETER: _____  SWORN: YES ☐  NO ☐

CASE NUMBER: 14-cv-62-wmc  CASE NAME: WARF v. Apple, Inc.

**APPEARANCES:**

PLAINTIFF(S): Morgan Chu, Gary Frischling, Jason Sheasby, Alan Heinrich

DEFENDANT(S): Bill Lee, David Marcus, Jim Dowd, Cathy Cetrangolo

PROCEEDINGS: Seventh Day of Jury Trial
Conference from 8:20 AM until 8:30 AM, with brief recess until 8:35 AM
Each side presented opening statements on damages; began taking testimony from WARF's witnesses

**PLAINTIFF(S) WITNESS**
1. Thomas Conte
2. Glenn Reinman
3. Christopher Knittel
4. Suparn Vats (depos.)
5. W. Michael Johnson
6. Patrick McNamara (depos.)
7. 
8. 
9. 
10. 

**DEFENDANT(S) WITNESS**
1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 

**PLAINTIFF(S) DISPOSITIVE MOTION(S)**
1. _____  GRANTED ☐  DENIED ☐  U/A ☐
2. _____  GRANTED ☐  DENIED ☐  U/A ☐
3. _____  GRANTED ☐  DENIED ☐  U/A ☐

**DEFENDANT(S) DISPOSITIVE MOTION(S)**
1. _____  GRANTED ☐  DENIED ☐  U/A ☐
2. _____  GRANTED ☐  DENIED ☐  U/A ☐
3. _____  GRANTED ☐  DENIED ☐  U/A ☐

1ST BREAK: 10:30 AM  RESUME: 10:45 AM  2ND BREAK: 12:35 PM  RESUME: 1:40 PM
3RD BREAK: 3:25 PM  RESUME: 3:45 PM  4TH BREAK: 5:40 PM  RESUME: 5:50 PM
ADJOURNMENT: 6:30 PM