# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: 10/13/2015   DAY: Tuesday   START TIME: 8:05 AM   TOTAL HOURS: 8:05

JUDGE/MAG.: W. Conley   CLERK: K. Frederickson   REPORTER: Swenson/Seeman

PROBATION OFFICER: ____   INTERPRETER: ____   SWORN: YES ☐   NO ☐

CASE NUMBER: 14-cv-62-wmc   CASE NAME: WARF v. Apple, Inc.

**APPEARANCES:**

PLAINTIFF(S): Morgan Chu, Gary Frischling, Jason Sheasby, Alan Heinrich

DEFENDANT(S): Bill Lee, David Marcus, Jim Dowd, Cathy Cetrangolo

**PROCEEDINGS:** Eighth Day of Jury Trial

WARF rested its case-in-chief on damages; began Apple's case-in-chief

## PLAINTIFF(S) WITNESS

1. Carl Gulbrandsen
2. Craig Christanson (depos.)
3. Murali Annavaram
4. Catharine Lawton
5. Stephan Meier (dep. video)
6. Jeffrey Risher (dep. video)
7. 
8. 
9. 
10. 

## DEFENDANT(S) WITNESS

1. Robert Colwell
2. Gerard Williams III
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 

## PLAINTIFF(S) DISPOSITIVE MOTION(S)

| | GRANTED | DENIED | U/A |
|---|---|---|---|
| 1. | ☐ | ☐ | ☐ |
| 2. | ☐ | ☐ | ☐ |
| 3. | ☐ | ☐ | ☐ |

## DEFENDANT(S) DISPOSITIVE MOTION(S)

| | GRANTED | DENIED | U/A |
|---|---|---|---|
| 1. | ☐ | ☐ | ☐ |
| 2. | ☐ | ☐ | ☐ |
| 3. | ☐ | ☐ | ☐ |

1ST BREAK 10:30 AM   RESUME 10:45 AM   2ND BREAK 12:35 PM   RESUME 1:35 PM

3RD BREAK 3:40 PM   RESUME 3:55 PM   4TH BREAK ____   RESUME ____

ADJOURNMENT 5:40 PM