IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WISCONSIN ALUMNI RESEARCH FOUNDATION, | ) ) ) ) |
| Plaintiff, | ) ) Case No. 3:14-cv-00062-wmc |
| v. | ) ) ) |
| APPLE INC., | ) ) ) |
| Defendant. | ) ) |

*Amended* **Joint List of Admitted Trial Exhibits**

The parties have meet and conferred and agree that the following exhibits have been admitted into evidence during the trial in this case. This updates and supplements the Joint List of Admitted Trial Exhibits filed on October 14, 2015 at Dkt. 620.

| Exhibit No. | Description | Phase |
|---|---|---|
| 0001 | Ribbon Copy of U.S. Patent No. 5,781,752 | Phase 1 |
| 0003A | Article, Dynamic Speculation and Synchronization of Data Dependencies by Andreas I. Moshovos, Scott E. Breach, T. N. Vijaykumar, Guri. S. Sohi (more legible print) | Phase 1 |
| 0005 | Presentation, Computing with Billion Transistor Chips, by Guri Sohi, University of Wisconsin - Madison, 1997 | Phase 1 |
| 0008 | Cyclone and Typhoon Software Tuning Guide, Version 2.0.0 | Phase 1 |
| 0014 | Email from Mylius to Meier re: Some preliminary LSD dependency predictor results (+ the no full analysis result) | Phase 2 |
| 0015 | Email from Meier to Williams re LSD predictor update (not very good news I'm afraid…) and attachment | Phase 2 |

| Exhibit No. | Description | Phase |
|---|---|---|
| 0017 | Email from Meier to Mylius re: LSD predictor update (not very good news, I'm afraid…) | Phase 1 |
| 0018 | Email from Meier to Mylius re: predictor verification | Phase 1 |
| 0020 | Email from Hakewill to Mylius re: Load/Store ordering violations when LSP turned off, with attached spreadsheet | Phase 2 |
| 0023 | Email from Drance to Broderick re 2x it is? | Phase 2 |
| 0028 | Email from Drance to Santhanam re: Recap | Phase 2 |
| 0031 | Email from Drance to Drebin re: Game developer | Phase 1 |
| 0034 | SOC 2014 Preview: H7, Presentation deck | Phase 2 |
| 0041 | Cyclone LSU (Load / Store Unit) Microarchitecture Specification, Rev. 1.1 (4/2/2012) | Phase 1 |
| 0044 | Cyclone Datasheet and Integration Guide, Revision 0.68 | Phase 1 |
| 0045 | Cyclone LSD Micro-Architecture Description, Rev. 0.3 (9/13/2011) | Phase 1 |
| 0047 | Email from Meier to Mylius re: Load don't bypass stores | Phase 2 |
| 0049 | Article, Memory Dependence Prediction Using Store Sets, by Chrysos, G. Z. & Emer, J.S., Proceedings of the 25th Annual International Symposium on Computer Architecture, June 1998, at 142-153 | Phase 1 |
| 0052 | CDM All Hands, Apple presentation | Phase 2 |
| 0057R | REDACTED Email from Santhanam to Williams re: Follow ups | Phase 2 |
| 0058 | Email from Meier to Cyclone Architecture Group re: Load Store Dependency (LSD) predictor hashing experiment results | Phase 1 |
| 0060 | Email from Bannon to Williams re LSD predictor | Phase 1 |
| 0063 | Email from Thelen to Ziesler re: Waitq deadlock panic sync meeting agenda | Phase 2 |
| 0071 | Email from Drance to Law et al. re: General H6 marketing updates | Phase 2 |

| Exhibit No. | Description | Phase |
|---|---|---|
| 0073 | Email from Vats to Rajagopal re 3D Mark Physics Test | Phase 1 |
| 0076 | Total iPhone Chips manufactured at Samsung TX Plant | Phase 2 |
| 0083 | Cyclone Mapper, Dispatch and Retirement (MDR) Micro-architecture Specification, Revision 1.6 | Phase 1 |
| 0094 | Apple-Samsung Master Development and Supply Agreement | Phase 2 |
| 0106 | Email from Beck to Srouji re Chip Industry Update | Phase 2 |
| 0111 | Email from Myszewski to Santhanam re: 2x it is? | Phase 2 |
| 0112 | Email from Drance to Bannon re: Geekbench source code | Phase 2 |
| 0142 | Apple RTL Source Code | Phase 1 |
| 0148 | AnandTech, Intel Core versus AMD's K8 architecture | Phase 2 |
| 0151 | Photograph of ACM Sigarch 2010 Maurice Wilkes Award to Andreas Moshocos - view 3 | Phase 1 |
| 0161 | System on a Chip Presentation | Phase 2 |
| 0187 | Cyclone Program Update Slides | Phase 2 |
| 0198 | Email from Mylius to Meier re LSD Power optimizations | Phase 2 |
| 0201 | Email from Meier to Williams re: running Dhrystone without an LSD predictor | Phase 2 |
| 0210 | Meier email to Mylius re NEW LSD counter elimination data | Phase 2 |
| 0211 | Cyclone Concept Review Slides | Phase 2 |
| 0227 | Email from Srouji to Drance re: Notes on SoC section | Phase 1 |
| 0256 | Cyclone Concept Review Mobile Silicon Group Slides | Phase 2 |
| 0259 | H6 Performance and Power Update | Phase 2 |
| 0274 | Letter from Colwell to WARF NAMED Professorship Committee | Phase 1 |
| 0276 | Cyclone User Manual, Rev. 1.59 | Phase 1 |

| Exhibit No. | Description | Phase |
|---|---|---|
| 0279 | Email from Drance to Lamiraux re For Our Discussion | Phase 2 |
| 0319 | Email from Drance to Bruno re: Slides so far | Phase 2 |
| 0325 | Email from Meier to Mylius re Re: store to load data delay results | Phase 2 |
| 0326 | iPhone Buyer Survey, Apple Market Research & Analysis FY14-Q1 (October, November, December) | Phase 2 |
| 0339 | Email from Kumar to Vats re: Typhoon Performance Recovery (10/29/2012) | Phase 2 |
| 0356 | Swift vs Eagle Update | Phase 2 |
| 0359 | Email from Vats to Kumar re Updates | Phase 2 |
| 0385 | Dynamic Synchronization of Data Dependencies by Moshovos Presentation | Phase 1 |
| 0394 | University of Wisconsin-Madison, Invention Record and Report | Phase 1 |
| 0410 | Email from Vijaykumar to G. Sohi and J. Smith re progress | Phase 1 |
| 0416 | Article, Integrated Predicated and Speculative Execution in the IMPACT EPIC Architecture, by August et al. | Phase 1 |
| 0452 | Moshovos email to distribution re ASPLOS Reviews (fwd) | Phase 1 |
| 0461 | Email from Moshovos to breach@neufchatel.cs.wisc.edu et al re ISCA 97 paper number 186 (fwd) | Phase 1 |
| 0463 | Email from Pucci to Sethuraman re: Your inquiry with Apple | Phase 1 |
| 0464 | Confidential Settlement, Release, and License Agreement between WARF and Intel | Phase 2 |
| 0466A | REDACTED Presentation re Helping Invent a Better World by supporting research at the Univ of WI/Madison | Phase 1 |
| 0468 | E-mail from iplaw@apple.com to Pucci re: Auto-Response: Apple has received your message | Phase 1 |
| 0493-1 | Excerpt from Apple Keynote Event September 2013 (video) | Phase 2 |

| Exhibit No. | Description | Phase |
|---|---|---|
| 0524 | Apple - iPhone 5s - Technical Specifications, https://www.apple.com/iphone-5s/specs/ | Phase 2 |
| 0525 | Apple iPhone 6 Technology, https://www.apple.com/iphone-6/technology/ | Phase 2 |
| 0601 | Article, Sohi Wins Eckert-Mauchly Award, IEEE Computer Society | Phase 1 |
| 0640R | REDACTED Exhibits A-E to the Expert Report of Glenn Reinman | Phase 2 |
| 0646R | REDACTED Exhibits A-C to the Expert Report of Murali Annavaram | Phase 2 |
| 0681R | REDACTED All Apple Discovery Responses | Phase 1 |
| 0687 | Alcatraz Project Requirements Document | Phase 2 |
| 0696R | REDACTED July 18, 2012 Letter from Apple Containing Discussion of "Two Types of Technology: Standardized and Product-Differentiating" | Phase 2 |
| 0705 | 16401DOC000844 - 1846, 87002DOC000001-236; EV6 Source Code | Phase 1 |
| 0713 | 87001DOC000274 - 376; EV6 Specification, Rev. 1.0 | Phase 1 |
| 0717 | 87001DOC000545 - 597; EV6 Specification, Rev. 2.0 | Phase 1 |
| 0770 | APL-WARF_0000001880 - 1889; U.S. Patent No. 5,615,350 (Hesson et al.) | Phase 1 |
| 0771 | APL-WARF_0000001890 - 1943; U.S. Patent No. 5,619,662 | Phase 1 |
| 0845 | APL-WARF_0000004918 - 4928; Gallagher, David M., et al., Dynamic Memory Disambiguation Using the Memory Conflict Buffer | Phase 1 |
| 0865 | APL-WARF_0000006474 - 6489; Moshovos, Andreas et al., A Dynamic Approach to Improve the Accuracy of Data Speculation | Phase 1 |
| 0880 | APL-WARF_0000007153 - 7166; A study of Branch Prediction Strategies | Phase 1 |
| 0932 | APL-WARF_0000027210 - 27216; iPad Air tech specs | Phase 2 |

| Exhibit No. | Description | Phase |
|---|---|---|
| 0934 | APL-WARF_0000027268 - 27274; iPad Mini with Retina Display tech specs | Phase 2 |
| 0936 | APL-WARF_0000028177 - 28191; iPhone 5S features | Phase 2 |
| 0937 | APL-WARF_0000028208 - 28214; iPhone 5S tech specs | Phase 2 |
| 0998A | REDACTED APL-WARF_0000462571 - 462574; Email from Drance to Williams regarding story "Birth of the Cyclone and 64-bits" | Phase 1 |
| 1009 | APL-WARF_0000485728 - 485743; Draft Non-Exclusive License Agreement | Phase 2 |
| 1025 | APL-WARF_0000747862 - 747877; A286_Technology Properties Limited (TPL) | Phase 2 |
| 1026 | APL-WARF_0000747996 - 748020; A404_Graphics Properties Holdings_2012-09-13_AGT_signatures pages included Apple-GPH-1 | Phase 2 |
| 1027 | APL-WARF_0000748021 - 748057; A441_Bridge Crossing LLC-MIPS-AST _2013-02-14_ | Phase 2 |
| 1036 | APL-WARF_0000800668 - 800678; Settlement Agreement between Opti and Apple | Phase 2 |
| 1115 | APL-WARF_0001195424 - 1195429; iPad Air 2 Design | Phase 2 |
| 1119 | APL-WARF_0001195455 - 1195463; iPad Air 2 Tech Specs | Phase 2 |
| 1133 | APL-WARF_0001195614 - 1195626; iPhone 6 Tech Specs | Phase 2 |
| 1138 | APL-WARF_0001207772 - 1207851; Letter from RPX Corp. to Luitton re Saxton Patent agreement | Phase 2 |
| 1174 | APL-WARF_0001369317 - 375; CPU Monthly Update, October 17, 2013 | Phase 2 |
| 1226 | APL-WARF_0001372127 - 1372155; U.S. Patent 8,775,757 | Phase 2 |
| 1264 | APL-WARF_0001401793 - 823; Chen, William Y. et al., Profile-Assisted Instruction Scheduling 1994 | Phase 1 |

| Exhibit No. | Description | Phase |
|---|---|---|
| 1265 | APL-WARF_0001401824 - 1952; Chen, William Yu Wei, Jr., Data Preload for Superscalar and VLIW Processors | Phase 1 |
| 1290 | APL-WARF_0001445336 - 1445337; Apple 5th Bid Letter | Phase 2 |
| 1292 | APL-WARF_0001446201 - 1446375; Architecture License Agreement between ARM Limited and Apple Inc. (Donaldson Deposition Exhibit 5) | Phase 2 |
| 1312 | APL-WARF_0001628963 - 980; Chen, W. et al., Using Profile Information to Assist Advanced Compiler Optimization and Scheduling | Phase 1 |
| 1330 | APL-WARF_0001724942 - 1725157; D1.0 iPhoneRB FY14Q2 Global | Phase 2 |
| 1333 | APL-WARF_0001727499 - 1727716; iPhone buyer FY14Q3 Report | Phase 2 |
| 1344 | APL-WARF_0001729755 - 780; U.S. Patent No. 6,662,237 | Phase 2 |
| 1345 | APL-WARF_0001729834 - 875; U.S. Patent No. 6,970,997 | Phase 2 |
| 1346 | APL-WARF_0001729921 - 941; U.S. Patent No. 7,415,597 | Phase 2 |
| 1347 | APL-WARF_0001730007 - 025; U.S. Patent No. 8,468,325 | Phase 2 |
| 1348 | APL-WARF_0001730226 - 245; U.S. Patent No. 8,464,029 | Phase 2 |
| 1352 | APL-WARF_0001730588 - 602; U.S. Patent No. 8,856,447 | Phase 2 |
| 1475 | APL-WARF_0001749781 - 1749797; Weiss-white-paper-on-Dhrystone | Phase 2 |
| 1483 | APL-WARF_0001749851 - 1749867; Apple - iPhone - Compare Models | Phase 2 |
| 1582 | APL-WARF-T_00003090; Videos demonstrating the performance testing performed by Dr. August | Phase 2 |
| 1608 | Exhibit 3 to Rebuttal Expert Report of David August, Ph.D. Regarding Damages, dated July 3, 2015 (Composite Data sheet) | Phase 2 |

| Exhibit No. | Description | Phase |
|---|---|---|
| 1630 | Papworth Deposition Exhibit 5: Accused Intel CPU Processors Net Billing Unit, 2006-2014; As cited in Julie Davis expert report | Phase 2 |
| 1631 | Papworth Deposition Exhibit 6: Accused Intel CPU Processors Net Billing Unit, 2006-2014, Expanded Scope; As cited in Julie Davis expert report | Phase 2 |
| 1632 | Physical Exhibit: A7 chip | Phase 1 |
| 1636 | Physical Exhibit: iPad Air2 | Phase 1 |
| 1640 | Physical Exhibit: iPhone 5s | Phase 1 |
| 1645 | Physical Exhibit: Teardown of iPhone 5s | Phase 1 |
| 1656 | U.S. Patent 9,128,725 | Phase 2 |
| 1665 | WARF0003332 - 3506: Memory Dependence Prediction by Andreas Moshovos | Phase 1 |
| 1669 | WARF0009880; November 7, 2000 Letter from Jerry Shattuck to AMD regarding AMD's possible interest in licensing the '752 patent (Shattuck Deposition Exhibit 9) | Phase 1 |
| 1671 | WARF0009888; November 7, 2000 Letter from Jerry Shattuck to Hewlett-Packard Company regarding HP's possible interest in licensing the '752 patent (Shattuck Deposition Exhibit 10) | Phase 1 |
| 1672 | WARF0009889 - 9892; Letter from Shattuck re Inquiry into possible interest in licensing | Phase 1 |
| 1674 | WARF0009896; Gulbrandsen Deposition Exhibit 19: Letter to Compaq Computer Corporation, dated November 7, 2000 | Phase 1 |
| 1677 | WARF0012931 - 12948; WARF Market Analysis Report by Nadia Sifri, Valuation of Gurindar Sohi's Technology in the Core 2 Duo (aka Conroe) (Shattuck Deposition Exhibit 17) | Phase 2 |
| 1688 | WARF0052792; January 2, 2001 Correspondence from Jerry Shattuck to Sun Microsystems re possible interest in licensing the '752 patent (Shattuck Deposition Exhibit 8) | Phase 1 |
| 1698 | WARF0091946 - 91948; Email from Moshovos to Chrysos,15512 Moshovos Ex. 17 | Phase 1 |

| Exhibit No. | Description | Phase |
|---|---|---|
| 1700 | WARF0092090 - 92101; ASPLOS Reviews Moshovos Ex. 24 | Phase 1 |
| 1714 | WARF0140698 - 140738; Gelsinger, Into the Core . . . | Phase 2 |
| 1723 | APL-WARF_0001729584 - 1729585; Apple - Legal - Unsolicited Idea Submission Policy | Phase 1 |
| 1725 | APL-WARF_0001728927 – 929 Email from iplaw@apple.com to Anand Sethuraman attaching Pucci, Paul.vcf re University of Wisconsin Technology that may be of interest | Phase 1 |
| 1870 | APL-WARF_0000212223 - 318; iPhone 5s and iPhone 5c Early Buyer Survey (U.S. & China) | Phase 2 |

The parties have considered this list for exhibits expected to be used during the final day of trial tomorrow, October 16, 2015 but nevertheless, reserve the right to move the admission of any exhibits used during tomorrow's proceeding and include those exhibits on an updated list.

Respectfully submitted,

Dated: October 15, 2015          By:  s/ Jennifer L. Gregor

Morgan Chu
Gary Frischling
Jason Sheasby
Alan Heinrich
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone:  (310) 277-1010
MChu@irell.com;      GFrischling@irell.com;
JSheasby@irell.com; AHeinrich@irell.com;

Jennifer L. Gregor
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
JGregor@gklaw.com

*Attorneys for Plaintiff*
*Wisconsin Alumni Research Foundation*

14652829.1