# COURTROOM MINUTES
## TRIAL/EVIDENTIARY HEARING

**DATE:** 10/15/2015  **DAY:** Thursday  **START TIME:** 8:35 AM  **TOTAL HOURS:** 7:30

**JUDGE/MAG.:** W. Conley  **CLERK:** K. Frederickson  **REPORTER:** Swenson/Seeman

**PROBATION OFFICER:** _____  **INTERPRETER:** _____  **SWORN:** YES ☐  NO ☐

**CASE NUMBER:** 14-cv-62-wmc  **CASE NAME:** WARF v. Apple, Inc.

**APPEARANCES:**

PLAINTIFF(S): Morgan Chu, Gary Frischling, Jason Sheasby, Alan Heinrich

DEFENDANT(S): Bill Lee, David Marcus, Jim Dowd, Cathy Cetrangolo

**PROCEEDINGS:** Ninth Day of Jury Trial
Defendant Apple's case-in-chief on damages

### PLAINTIFF(S) WITNESS

1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 

### DEFENDANT(S) WITNESS

1. Gerard Williams III
2. David Papworth (dep. video)
3. David August
4. Lorin Hitt
5. Julie Davis
6. 
7. 
8. 
9. 
10. 

### PLAINTIFF(S) DISPOSITIVE MOTION(S)

1. _____  GRANTED ☐  DENIED ☐  U/A ☐
2. _____  GRANTED ☐  DENIED ☐  U/A ☐
3. _____  GRANTED ☐  DENIED ☐  U/A ☐

### DEFENDANT(S) DISPOSITIVE MOTION(S)

1. _____  GRANTED ☐  DENIED ☐  U/A ☐
2. _____  GRANTED ☐  DENIED ☐  U/A ☐
3. _____  GRANTED ☐  DENIED ☐  U/A ☐

**1ST BREAK** 10:35 AM  **RESUME** 10:50 AM  **2ND BREAK** 12:50 PM  **RESUME** 1:45 PM

**3RD BREAK** 3:40 PM  **RESUME** 4:00 PM  **4TH BREAK** _____  **RESUME** _____

**ADJOURNMENT** 5:35 PM