IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN ALUMNI RESEARCH
FOUNDATION,

                        Plaintiff,                  SPECIAL VERDICT - DAMAGES

     v.

                                           14-cv-062-wmc

APPLE, INC.,

                        Defendant.

---

We, the jury, for our special verdict, do find as follows:

**Question No. 1**: Has plaintiff Wisconsin Alumni Research Foundation proven by a preponderance of the evidence that Apple's products manufactured by Samsung in the United States and sent overseas infringe at the time they leave the United States?

Yes    X          No         

*If you answered Question No. 1 "Yes," then please answer Question No. 2. If you answered Question No. 1 "No," then please skip Question No. 2 and proceed to "Question No. 3.*

**Question No. 2**: Has plaintiff Wisconsin Alumni Research Foundation proven by a preponderance of the evidence that Samsung's manufacturing of these products is attributable to Apple?

Yes    X          No         

**Question No. 3:**   What amount of damages will adequately compensate plaintiff Wisconsin Alumni Research Foundation for defendant Apple Inc.'s infringement of U.S. Patent No. 5,781,752 (the "'752 patent")?

Answer:   $ _234,277,669.00_

_Breanna Wbunr_
Presiding Juror

Madison, Wisconsin

Dated this  16th  day of October, 2015.

3:52 pm