10/12/15                              5:10 pm

We have reached a unanimous decision on both questions.

Carol Muhlski

We the jury have come to a
unanimous decision

Breanna Burns
3:52pm 10/19/15