IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN ALUMNI RESEARCH
FOUNDATION,

                JUDGMENT IN A CIVIL CASE

    Plaintiff,               Case No.  14-cv-062-wmc

v.

APPLE, INC.,

    Defendant.

---

    This action came for consideration before the court and a jury with District Judge William M. Conley presiding.  Partial judgment was granted by the court.  The issues have now been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Wisconsin Alumni Research Foundation against defendant Apple, Inc. in the amount of $234,277,669.00 on plaintiff's claim of literal infringement of claims 1, 2, 3, 5, 6 and 9 of U.S. Patent No. 5,781,752 (the "'752 patent").

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Wisconsin Alumni Research Foundation against defendant Apple, Inc. on defendant's claims of invalidity of claims 1, 2, 3, 5, 6 and 9 of the '752 patent.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant Apple, Inc. against plaintiff Wisconsin Alumni Research Foundation on plaintiff's willful infringement claim.

Approved as to form this 26th day of October, 2015.

_____
William M. Conley, District Judge

_____      12/26/15
Peter Oppeneer, Clerk of Court         Date