UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WISCONSIN ALUMNI RESEARCH FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 3:14-cv-00062-WMC |

**JOINT STIPULATION REGARDING EXECUTION OF JUDGMENT**

WHEREAS, on October 26, 2015, the Court entered judgment against Defendant Apple Inc. ("Apple") in favor of Plaintiff Wisconsin Alumni Research Foundation ("WARF") in the amount of $234,277,669.00. (Dkt. 657) ("Judgment");

WHEREAS, in the interest of avoiding unnecessary expense Apple and WARF are discussing use of an irrevocable letter of credit as an alternative to a bond as security for the Judgment; and

WHEREAS the parties require longer than the 14 days provided by Rule 62(a) to determine whether they can agree to acceptable terms for such a letter of credit and, if so, to put it in place with the issuing bank.

NOW THEREFORE, having met and conferred, the parties hereby stipulate and agree as follows:

1.    WARF will not make any attempt or effort to execute on the Judgment prior to December 1, 2015.

**IT IS SO STIPULATED AND AGREED.**

1

The parties jointly and respectfully request that this Court issue an order adopting this stipulation.

Dated: November 2, 2015          Respectfully submitted,

| */s/ Gary Frischling* | */s/ Bryan S. Conley* |
|---|---|
| Morgan Chu | William F. Lee (*pro hac vice*) |
| Gary Frischling | Lauren B. Fletcher (*pro hac vice*) |
| Jason Sheasby | Bryan S. Conley (*pro hac vice*) |
| Alan Heinrich | Wilmer Cutler Pickering |
| Christopher Abernethy | Hale and Dorr LLP |
| IRELL &MANELLA LLP | 60 State Street |
| 1800 Avenue of the Stars, Suite 900 | Boston, MA 02109 |
| Los Angeles, CA 90067-4276 | Tel: (617) 526-6000 |
| Telephone: (310) 277-1010 | william.lee@wilmerhale.com |
| Facsimile: (310) 203-7199 | lauren.fletcher@wilmerhale.com |
| MChu@irell.com | |
| GFrischling@irell.com | David C. Marcus (*pro hac vice*) |
| JSheasby@irell.com | Andrea J.W. Jeffries (*pro hac vice*) |
| AHeinrich@irell.com; | Derek Gosma (*pro hac vice*) |
| CAbernethy@irell.com | Wilmer Cutler Pickering |
| | Hale and Dorr LLP |
| Jennifer L. Gregor | 350 South Grand Avenue, Suite 2100 |
| GODFREY & KAHN, S.C. | Los Angeles, CA 90071 |
| One East Main Street, Suite 500 | Tel: (213) 443-5300 |
| Madison, WI 53703 | david.marcus@wilmerhale.com |
| Telephone: (608) 257-3911 | andrea.jeffries@wilmerhale.com |
| Facsimile: (608) 257-0609 | |
| JGregor@gklaw.com | Mark D. Selwyn (*pro hac vice*) |
| | Wilmer Cutler Pickering |
| *Attorneys for Plaintiff* | Hale and Dorr LLP |
| *Wisconsin Alumni Research Foundation* | 950 Page Mill Road |
| | Palo Alto, CA 94304 |
| | Tel: (650) 858-6000 |
| | mark.selwyn@wilmerhale.com |
| | |
| | Catherine Cetrangolo |
| | CETRA LAW FIRM LLC |
| | 20 North Carroll Street, 2d Floor |
| | Madison, WI 53703 |
| | Tel: 608-535-9220 |
| | Email: cetrangolo@cetralaw.com |
| | |
| | *Attorneys for Defendant Apple Inc.* |