*WISCONSIN ALUMNI RESEARCH FOUNDATION v. APPLE INC.*
Case No. 3:14-cv-00062-WMC

# EXHIBIT B

TO THE DECLARATION OF JENNIFER L. GREGOR

IN SUPPORT OF BILL OF COSTS

# alphagraphics



# invoice

BILLING ADDRESS: Phone.608.294.8000
221 King Street Fax.608.294.8380
Madison, Wisconsin 53703 Legal Services Phone.608.442.1414
us470@alphagraphics.com
www.madison470.alphagraphics.com

**Sold To**
Nicole Talbott Settle
Godfrey & Kahn
1 East Main
Madison WI 53703
Phone: 257-3911
Fax: 257-0609

**No.** 88587
**Date** 10/29/2014
**P.O.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1,755 | Ref#054030.0222, Scan 1755 B&W pages @ $.195 | 342.23 |
| 1,755 | OCR 1755 images @ $.04 | 70.20 |
| 1 | 1 CD burn @ $10.00 | 10.00 |

SPECIAL INSTRUCTIONS

Sales Rep: JRB
Taken by: James

| | |
|---|---|
| SUB | 422.43 |
| TAX | 23.24 |
| SHIPPING | |
| TOTAL | 445.67 |
| NET DUE | 445.67 |

**Please pay from this invoice - Net 30 Days**

"I understand that the total of this invoice is due and payable upon acceptance and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the collection including attorney's fees and costs incurred."
**Remit payments to: 221 King Street, Madison, Wisconsin 53703**

RECEIPT FOR CASH SALES
CASH ☐ CHECK # _____ CREDIT CARD ☐

AMOUNT RECEIVED

CSR INITIALS

Signature_____ Print Name_____ Date_____
Job Received and Accepted By

# alphagraphics



# invoice

BILLING ADDRESS: Phone.608.294.8000
221 King Street Fax.608.294.8380
Madison, Wisconsin 53703 Legal Services Phone.608.442.1414
us470@alphagraphics.com
www.madison470.alphagraphics.com

**Sold To**
Nicole Talbott Settle
Godfrey & Kahn
1 East Main
Madison WI 53703
Phone: 257-3911
Fax: 257-0609

**No.** 89499
**Date** 12/19/2014
**P.O.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 7,062 | Ref#054030.0222, Scan 7,062 B&W pages @ $.175 | 1,235.85 |
| 7,062 | OCR 7,062 images @ $.04 | 282.48 |
| 1 | 1 CD burn @ $10.00 | 10.00 |

**SPECIAL INSTRUCTIONS**

Sales Rep: JRB
Taken by: James K

| | |
|---|---|
| SUB | 1,528.33 |
| TAX | 84.06 |
| SHIPPING | |
| TOTAL | 1,612.39 |
| NET DUE | 1,612.39 |

**Please pay from this invoice - Net 30 Days**

"I understand that the total of this invoice is due and payable upon acceptance and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the collection including attorney's fees and costs incurred."
**Remit payments to: 221 King Street, Madison, Wisconsin 53703**

RECEIPT FOR CASH SALES
CASH ☐ CHECK # _____ CREDIT CARD ☐

AMOUNT RECEIVED

CSR INITIALS

Signature _____ Print Name _____ Date _____
Job Received and Accepted By

# alphagraphics 

## invoice

BILLING ADDRESS:  Phone.608.294.8000
221 King Street  Fax.608.294.8380
Madison, Wisconsin 53703  Legal Services Phone.608.442.1414
us470@alphagraphics.com
www.madison470.alphagraphics.com

**Sold To**
Nicole Talbott Settle
Godfrey & Kahn
1 East Main
Madison WI 53703
Phone: 257-3911
Fax: 257-0609

**No.** 89161
**Date** 12/2/2014
**P.O.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 832 | Ref#054030-0222, Scan 832 B&W pages @ $.215 | 178.88 |
| 832 | OCR 832 images @ $.04 | 33.28 |
| 1 | 1 CD burn @ $10.00 | 10.00 |

SPECIAL INSTRUCTIONS
Sales Rep: JRB
Taken by: James K

| | |
|---|---|
| SUB | 222.16 |
| TAX | 12.22 |
| SHIPPING | |
| TOTAL | 234.38 |
| NET DUE | 234.38 |

**Please pay from this invoice - Net 30 Days**
"I understand that the total of this invoice is due and payable upon acceptance and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the collection including attorney's fees and costs incurred."
**Remit payments to: 221 King Street, Madison, Wisconsin 53703**

RECEIPT FOR CASH SALES
CASH ☐ CHECK # _____ CREDIT CARD ☐

AMOUNT RECEIVED

CSR INITIALS

Signature_____ Print Name_____ Date_____
Job Received and Accepted By