IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN ALUMNI RESEARCH
FOUNDATION,

        Plaintiff,        OPINION AND ORDER

v.

                      14-cv-062-wmc

APPLE, INC.,

        Defendant.

---

Before the court is defendant Apple, Inc.'s statement of requested redactions. In the filing, Apple seeks to seal portions of the trial transcript disclosing specific financial information (e.g., prices, margin percentages, patent licensing fees, both on a total and per unit basis). (Dkt. #701.) For the reasons provided in the court's earlier order granting Apple's motion to seal certain trial exhibits (dkt. #654), the court finds that the designated financial information in the trial transcript is entitled to protection under Federal Rule of Civil Procedure 26(c)(1)(G). The court, however, provides the same caveat as before: the Court of Appeals may not share this court's view of what is entitled to be sealed. Accordingly,

  IT IS ORDERED that:

  1) Apple's statement of redactions requests (dkt. #701) is ACCEPTED.

  2) The clerk's office is directed to maintain the following trial transcripts under seal: dkt. ##670, 671, 673, 674, and 675. All other trial transcripts may be unsealed.

  3) The clerk's office is further directed to unseal Apple's redacted versions of the sealed transcripts at dkt. ##701-1, 701-2, 701-3, 701-4, and 701-5.

Entered this 18th day of December, 2015.

                              BY THE COURT:

                              WILLIAM M. CONLEY
                              District Judge