IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WISCONSIN ALUMNI RESEARCH FOUNDATION,<br><br>       Plaintiff,<br><br>   v.<br><br>APPLE, INC.,<br><br>       Defendant. | Case No. 14-cv-0062-WMC |

## JOINT MOTION FOR EXTENSION OF TIME
## TO FILE POST-TRIAL REPLY BRIEFS

WHEREAS on November 20, 2015, Apple filed a Motion for Judgment As a Matter of Law or In The Alternative, for a New Trial (Dkt. 677);

WHEREAS on November 23, 2015, WARF filed a Motion to Alter or Amend The Judgment Under Federal Rule of Civil Procedure 59(e) (Dkt. 681), a Motion for Equitable Relief (Dkt. 683), a Motion for An Accounting, Supplemental Damages Through the Date of Judgment, Pre-Judgment Interest, and Post-Judgment Interest (Dkt. 685), a Bill of Costs (Dkt. 688), and a Motion for Taxation of Costs (Dkt. 689);

WHEREAS on December 1, 2015, the Court granted the parties' Joint Motion Regarding Timing for Post-Trial Response and Reply Briefs (Dkt. Nos. 699 & 700), setting deadlines of December 21, 2015 for the parties' opposition briefs and January 11, 2016 for the parties' reply briefs for the motions of Dkt. Nos. 677, 681, 683, 685, 688 and 689;

WHEREAS the parties believe that a slight additional modification to the briefing schedule can alleviate the burden on the parties and the Court following the holiday season;

6200951

NOW THEREFORE the parties jointly request that the Court adjust the briefing schedule as follows:

Reply briefs for the motions of Dkt. Nos. 677, 681, 683, 685, 688 and 689 will be due on January 19, 2016.


Dated: January 6, 2016							Respectfully submitted,


*/s/ Jennifer L. Gregor*						*/s/ David C. Marcus*

| | |
|---|---|
| Morgan Chu | William F. Lee (*pro hac vice*) |
| Gary Frischling | Lauren B. Fletcher (*pro hac vice*) |
| Jason Sheasby | Bryan S. Conley (*pro hac vice*) |
| Alan Heinrich | WILMER CUTLER PICKERING |
| Christopher Abernethy | HALE AND DORR LLP |
| IRELL & MANELLA LLP | 60 State Street |
| 1800 Avenue of the Stars, Suite 900 | Boston, MA  02109 |
| Los Angeles, CA 90067-4276 | Tel:  (617) 526-6000 |
| Telephone:  (310) 277-1010 | william.lee@wilmerhale.com |
| MChu@irell.com; GFrischling@irell.com; | lauren.fletcher@wilmerhale.com |
| JSheasby@irell.com; AHeinrich@irell.com; | bryan.conley@wilmerhale.com |
| CAbernethy@irell.com | |
| | David C. Marcus (*pro hac vice*) |
| Jennifer L. Gregor | Andrea W. Jeffries (*pro hac vice*) |
| GODFREY & KAHN, S.C. | Derek Gosma (*pro hac vice*) |
| One East Main Street, Suite 500 | WILMER CUTLER PICKERING |
| Madison, WI 53703 | HALE AND DORR LLP |
| Telephone:  (608) 257-3911 | 350 South Grand Avenue, Suite 2100 |
| JGregor@gklaw.com | Los Angeles, CA 90071 |
| | Tel:  (213) 443-5300 |
| *Attorneys for Plaintiff* | david.marcus@wilmerhale.com |
| *Wisconsin Alumni Research Foundation* | andrea.jeffries@wilmerhale.com |
| | derek.gosma@wilmerhale.com |
| | |
| | Mark D. Selwyn (*pro hac vice*) |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, CA 94304 |
| | Tel:  (650) 858-6000 |
| | mark.selwyn@wilmerhale.com |

                                        Catherine Cetrangolo
                                        CETRA LAW FIRM LLC
                                        20 North Carroll Street, 2d Floor
                                        Madison, WI 53703
                                        Tel: 608-535-9220
                                        Email: cetrangolo@cetralaw.com

*Attorneys for Defendant Apple Inc.*