IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN ALUMNI RESEARCH FOUNDATION

Plaintiff(s)

Case No.   3:14-cv-00062-BCC

APPLE INC.

Defendant(s)

**MOTION FOR ADMISSION *PRO HAC VICE***

Felicia H. Ellsworth   of   Wilmer Cutler Pickering Hale and Dorr LLP
Attorney                        Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in   Massachusetts
                                                                                                                                 Jurisdiction

Dated this   12th   Day of   January   , 20   16

s/ Felicia H. Ellsworth

Name   Felicia H. Ellsworth

Firm   Wilmer Cutler Pickering Hale and Dorr LLP

Address   60 State Street

City   Boston            State MA      Zip   02109

E-Mail   felicia.ellsworth@wilmerhale.com

Phone   617-526-6687