IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WISCONSIN ALUMNI RESEARCH FOUNDATION,<br><br>       Plaintiff,<br><br>  v.<br><br>APPLE, INC.,<br><br>       Defendant. | Case No. 14-cv-00062-WMC |

### NOTICE REGARDING ATTEMPTED SETTLEMENT NEGOTIATIONS

Plaintiff Wisconsin Alumni Research Foundation ("WARF") files this notice to update the Court on the January 25, 2016 settlement meeting referenced in WARF's reply brief in support of its motion for equitable relief. *See* Dkt. 736 at 28. WARF and Apple attended and conducted the settlement meeting on January 25 as planned, but were unable to reach agreement regarding the amount of any ongoing royalty. No further meeting regarding the ongoing royalty issue is planned.

                Respectfully submitted,

Dated:  January 29, 2016      By:  */s/ Jennifer L. Gregor*

                Morgan Chu
                Gary Frischling
                Jason Sheasby
                Alan Heinrich
                Christopher Abernethy
                Amy Proctor
                Tony Rowles
                IRELL & MANELLA LLP
                1800 Avenue of the Stars, Suite 900
                Los Angeles, CA  90067-4276

Telephone: (310) 277-1010
Facsimile: (310) 203-7199
MChu@irell.com; GFrischling@irell.com;
JSheasby@irell.com; AHeinrich@irell.com;
CAbernethy@irell.com; AProctor@irell.com;
TRowles@irell.com

Jennifer L. Gregor
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
JGregor@gklaw.com

*Attorneys for Plaintiff*
*Wisconsin Alumni Research Foundation*