UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN ALUMNI RESEARCH
FOUNDATION,

        Plaintiff,

v.

APPLE INC.,

        Defendant.

Case No. 14-cv-00062-bbc

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
BRIEFING ON APPLE'S MOTION TO STRIKE (DKT. 744)**

      Plaintiff Wisconsin Alumni Research Foundation ("WARF") respectfully moves this Court for a one-week extension of the opposition and reply brief deadlines relating to Apple Inc.'s ("Apple") recently filed motion to strike certain declarations and related arguments submitted by WARF in connection with briefing on post-trial motions (Dkt. 744).

      WARF's opposition brief is currently due on February 8 and Apple's reply brief is due by February 16. WARF requests a one-week adjustment of both deadlines, such that WARF's opposition brief will be due no later than February 15 and Apple's reply brief would be due no later than February 23. No other deadlines would be affected by the requested extension.

      Apple, through its counsel, has stated that it does not oppose the requested extension.

Dated: February 1, 2016.                   Respectfully submitted,

                                                      *s/ Jennifer L. Gregor*

                                                      Morgan Chu
                                                      Gary Frischling
                                                      Jason Sheasby
                                                      Alan Heinrich
                                                      IRELL & MANELLA LLP
                                                      1800 Avenue of the Stars, Suite 900
                                                      Los Angeles, CA 90067-4276

Tel: 310-277-1010
Mchu@irell.com; GFrischling@irell.com;
JSheasby@irell.com; AHeinrich@irell.com

Jennifer L. Gregor
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Phone: 608-257-3911
Fax: 608-257-0609
JGregor@gklaw.com

*Attorneys for Plaintiff Wisconsin Alumni Research Foundation*

11720710.1