## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN ALUMNI RESEARCH
FOUNDATION,

        Plaintiff

v.

APPLE INC.,

        Defendant.

Case No. 3:14-cv-00062-WMC

## <u>NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF COUNSEL</u>

PLEASE TAKE NOTICE that David Peer hereby moves to withdraw as counsel for Defendant Apple Inc., in the above entitled matter and requests that the Court removes him from the service list.  The Defendant will continue to be represented by Mark D. Selwyn, William F. Lee, Lauren B. Fletcher, James M. Dowd, Felicia H. Ellsworth, David C. Marcus, Jordan Hirsch, Andrea J.W. Jeffries, Richard Goldenberg, Matthew J. Hawkinson, Andrew J. Danford, Bryan S. Conley, Derek A. Gosma, and Michael Silhasek of Wilmer Cutler Pickering Hale & Dorr, LLP.

Dated:  March 15, 2016

Respectfully submitted,

*/s/ David Peer*
William F. Lee (*pro hac vice*)
Lauren B. Fletcher (*pro hac vice*)
Wilmer Cutler Pickering
Hale and Dorr LLP
60 State Street
Boston, MA  02109
Tel:  (617) 526-6000
william.lee@wilmerhale.com
lauren.fletcher@wilmerhale.com

Andrea J.W. Jeffries (*pro hac vice*)
David C. Marcus (*pro hac vice*)
Wilmer Cutler Pickering
Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel:  (213) 443-5300
andrea.jeffries@wilmerhale.com
david.marcus@wilmerhale.com

Mark D. Selwyn (*pro hac vice*)
Wilmer Cutler Pickering
Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:  (650) 858-6000
mark.selwyn@wilmerhale.com

Catherine Cetrangolo
CETRA LAW FIRM LLC
20 North Carroll Street, 2d Floor
Madison, WI 53703
Tel: 608-535-9220
Email: cetrangolo@cetralaw.com

*Attorneys for Defendant Apple Inc.*