IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN ALUMNI RESEARCH
FOUNDATION,

                 Plaintiff,

v.

APPLE INC.,

                 Defendant.

ORDER

14-cv-062-wmc

In a June 6, 2017, opinion and order, the court directed the parties to brief (1) the procedure for calculating supplemental damages and ongoing royalties for the purpose of filing an amended judgment and (2) the court's proposal to consolidate this case with the later-filed lawsuit involving the same parties and same patent, though different chips than the infringing chips at issue in this lawsuit. (Dkt. #757.) Having reviewed the parties' joint status report regarding discovery requests material to supplemental damages award (dkt. #759), WARF's response to the court's consolidation proposal (dkt. #761), and Apple's response to same (dkt. #765), the court will follow the proposal of the parties, enter an amended judgment in this lawsuit and stay the 15-cv-621 action, pending appeal of this lawsuit.

The court appreciates the parties' efforts to work collaboratively to bring this lawsuit to its conclusion, at least in this court. In its submission, WARF proposed a timeframe for providing the court with the information it will need to issue an amended judgment, awarding supplemental damages, ongoing royalty payments and interest. (Pl.'s Submission (dkt. #761) 6-7.) Apple indicated in its response that it did not object to this proposed

timeframe. (Def.'s Submission (dkt. #765) 4 n.3.)

Accordingly, IT IS ORDERED that:

1) By July 14, 2017, plaintiff shall file a proposed form of final judgment and supporting declarations. In that submission, plaintiff should inform the court if the parties agree to these proposed calculations.

2) If there is no agreement, defendant shall have until July 21, 2017, to file any objections, and plaintiff shall have until July 28, 2017, to respond to those objections.

Entered this 10th day of July, 2017.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge