IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN ALUMNI RESEARCH
FOUNDATION,

        Plaintiff,

v.

APPLE, INC.,

        Defendant.

AMENDED JUDGMENT IN
A CIVIL CASE

Case No. 14-cv-062-wmc

---

This action came for consideration before the court and a jury with District Judge William M. Conley presiding. Partial judgment was granted by the court. Other issues were tried to a jury, which rendered its verdict, and the original judgment was entered based on that verdict. The court has now resolved all post-judgment issues and enters this amended judgment.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Wisconsin Alumni Research Foundation against defendant Apple, Inc., in the amount of $506,084.992.66 on plaintiff's claim of literal infringement of claims 1, 2, 3, 5, 6 and 9 of U.S. Patent No. 5,781,752 (the "'752 patent"), consisting of the following:

    (1) damages awarded by the jury;

    (2) supplemental damages at the rate of $1.61 per infringing unit for accused processors sold through the initial entry of judgment on October 26, 2015;

(3) ongoing royalties at the rate of $2.74 per infringing unit for accused processors from October 27, 2015, through expiration of the '752 patent on December 26, 2016;

(4) prejudgment interest calculated at the prime rate compounded quarterly through the initial October 26, 2015, judgment;

(5) costs as taxed on June 6, 2017; and

(6) post-judgment interest at the statutory rate of 0.232% compounded annually through June 30, 2017.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Wisconsin Alumni Research Foundation against defendant Apple, Inc., on defendant's claims of invalidity of claims 1, 2, 3, 5, 6 and 9 of the '752 patent.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant Apple, Inc., against plaintiff Wisconsin Alumni Research Foundation on plaintiff's willful infringement claim.

IT IS FURTHER ORDERED AND ADJUDGED, in addition to the amount set forth in the first paragraph above, that judgment shall bear post-judgment interest at the statutory rate of 0.232% compounded annually from July 1, 2017, until finally satisfied in full.

Approved as to form this 24th day of July, 2017.

_____
William M. Conley, District Judge

_____     7/25/17
Peter Oppeneer, Clerk of Court           Date