# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WISCONSIN ALUMNI RESEARCH FOUNDATION, | |
| Plaintiff, | Case No. 3:14-cv-00062-WMC |
| v. | |
| APPLE INC., | |
| Defendant. | |

## NOTICE OF APPEAL

NOTICE IS GIVEN that Defendant Apple Inc. appeals to the United States Court of Appeals for the Federal Circuit from the Second Amended Judgment entered in this action on July 27, 2017 (Dkt. 778) and the Amended Judgment entered in this action on July 25, 2017 (Dkt. 777), and from any and all other prior judgments, orders, rulings, findings, and conclusions underlying and related to those judgments, including but not limited to the June 6, 2017 Opinion and Order on the parties' post-trial motions (Dkt. 757), the Judgment entered in this action on October 26, 2015 (Dkt. 657), the October 16, 2015 Order granting partial judgment as a matter of law (Dkt. 639), the October 9, 2015 Order regarding claim construction (Dkt. 575), the October 8, 2015 Opinion and Order regarding claim construction (Dkt. 559), the September 29, 2015 Opinions and Orders regarding the parties' *Daubert* motions and motions *in limine* (Dkts. 464, 468), and the August 6, 2015 Opinion and Order regarding the parties' claim construction and summary judgment motions (Dkt. 193).

Dated:  August 2, 2017                              Respectfully submitted,

                                                     */s/ William F. Lee*
                                                     William F. Lee (*pro hac vice*)

Lauren B. Fletcher (*pro hac vice*)
Andrew J. Danford (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Tel:  (617) 526-6000
william.lee@wilmerhale.com
lauren.fletcher@wilmerhale.com
andrew.danford@wilmerhale.com

David C. Marcus (*pro hac vice*)
Derek Gosma (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel:  (213) 443-5300
david.marcus@wilmerhale.com
derek.gosma@wilmerhale.com

Catherine Cetrangolo
CETRA LAW FIRM LLC
20 North Carroll Street, 2d Floor
Madison, WI 53703
Tel: 608-535-9220
Email: cetrangolo@cetralaw.com

*Attorneys for Defendant Apple Inc.*