NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**WISCONSIN ALUMNI RESEARCH FOUNDATION,**
*Plaintiff - Appellee*

v.

**APPLE INC.,**
*Defendant - Appellant*

_____

17-2265, -2380

_____

Appeals from the United States District Court for the Western District of Wisconsin in case no. 3:14-cv-00062-wmc, Judge William M. Conley

-------------------------------------------------------------------------------

**WISCONSIN ALUMNI RESEARCH FOUNDATION,**
*Plaintiff – Cross-Appellant*

v.

**APPLE INC.,**
*Defendant - Appellant*

_____

Case: 14-cv-00062-wmc Document #: 785 Filed: 04/03/2018 Page 2 of 3
Case: 17-2265  Document: 87  Page: 2  Filed: 03/30/2018

2   WISCONSIN ALUMNI RESEARCH v. APPLE INC.

17-2332

Appeal from the United States District Court for the Western District of Wisconsin in case no. 3:14-cv-00062-wmc, Judge William M. Conley

-------------------------------------------------------------------------------

**WISCONSIN ALUMNI RESEARCH FOUNDATION,**

*Plaintiff – Cross-Appellant*

v.

**APPLE INC.,**

*Defendant - Appellant*

17-2400

Appeal from the United States District Court for the Western District of Wisconsin in case no. 3:14-cv-00062-wmc, Judge William M. Conley

**O R D E R**

The parties having so agreed as to the dismissal of cross-appeals 17-2332 and 17-2400, it is

ORDERED that the proceedings are DISMISSED under Fed. R. App. P. 42 (b). Each side shall bear its own costs. The revised official caption for 17-2265, -2380 is reflected above.

                                              FOR THE COURT

January 3, 2018                <u>/s/ Peter R. Marksteiner</u>
                                              Peter R. Marksteiner
                                              Clerk of Court


**ISSUED AS A MANDATE (as to 17-2332 and 17-2400 only):** January 3, 2018