IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

WISCONSIN ALUMNI RESEARCH FOUNDATION,

    Plaintiff,                                    ORDER

    v.                                         14-cv-62-wmc
                                             15-cv-621-wmc
APPLE INC.,

    Defendant.
_____

The court held a brief joint telephonic status conference in case nos. 14-cv-62 ("WARF I") and 15-cv-621 ("WARF II"). The following briefing schedule was established with respect to claim and issue preclusion issues arising out of the decision of the United States Court of Appeals for the Federal Circuit in *Wisconsin Alumni Research Foundation v. Apple Inc*, 905 F.3d 1341 (Fed. Cir. 2018):

(1) plaintiff WARF may have until February 15, 2019, to file its opening brief in support of its assertion that WARF I should be reopened for trial on its doctrine of equivalence claims;

(2) defendant Apple may have until March 8, 2019, to file its response and opening brief in support of its assertion that WARF I precludes assertion of the doctrine of equivalence claims in WARF II;

(3) plaintiff WARF may have until March 22, 2019, to file its reply as to WARF I and respond as to WARF II; and

(4) defendant Apple may have until March 29, 2019, to file its reply as to WARF II.

1

WARF II is referred to Magistrate Judge Crocker for a conference and the issuance of an amended scheduling order. Finally, the second amended final judgment in WARF I, dated July 27, 2017 (dkt. #778) is VACATED. Defendant Apple may, if it wishes, submit a bill of costs in WARF I in anticipation of entry of a new final judgment consistent with the Federal Circuit's opinion.

Entered this 25th day of January, 2019.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge